# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LEGACY TRADING GROUP, LLC, a
California limited liability company,
individually and on behalf of all
others similarly situated,

               vs   Plaintiff,

UNICO, INC., an Arizona corporation,

                 Defendant.



**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2344 L RBB

TO: (Name and Address of Defendant)

 

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Eric J. Benink, Esq.
    KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP
    625 Broadway, Suite 635
    San Diego, CA 92101
    Tel: (619) 232-0331    Fax: (619) 232-4019

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | DEC 1 4 2007 |
|---|---|
| CLERK | DATE |

By **P. DELACRUZ**, Deputy Clerk

Summons in a Civil Action                                      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)