

1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:   (619) 232-0331
4  Fax:   (619) 232-4019

5  Attorneys for Plaintiff Legacy Trading Group, LLC and the Putative Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation,<br><br>Defendant. | Case No. 07 CV 2344 L RBB<br><br>PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>DATE:<br>TIME:<br>DEPT: |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Legacy Trading Group, LLC hereby applies, *ex parte*, for a temporary restraining order prohibiting and enjoining defendant Unico, Inc., a publicly traded Arizona corporation with its principal place of business in San Diego, CA, from holding a proposed Special Meeting of the Shareholders on December 21, 2007 or alternatively, from effecting a reverse split of its common shares.

This *ex parte* relief is necessary because Unico, Inc. failed to properly notify shareholders of the meeting and failed to comply with proxy rules and regulations under the Securities Exchange Act of 1934. Plaintiff only learned of this shareholder meeting through word of mouth in early December 2007, and could not have sought this relief by way of a noticed motion. If the matters which are to be voted upon at the meeting are approved, it will cause irreparable harm to the common shareholders.

1      This application is based on the Complaint, the accompanying Memorandum of Points and
2  Authorities, the Declarations of Eric J. Benink, Mike Maselli, Juanita Ikuta, Geoff Schodde, F.
3  Richardson, Jr., Gerald Kramer, Cameron Bibkreli, Nicholas Reeder, Blaine Anderson, William
4  Graham, J. G. Gies, Steven Cox, and Brian Hernon, and the proposed Order submitted herewith.

6  DATED: 12-14-07

        KRAUSE KALFAYAN BENINK & SLAVENS, LLP

        _____
        Eric J. Benink
        Attorney for Plaintiff and the Class