1 | Eric J. Benink, Esq., SBN 187434
Vincent D. Slavens, Esq., SBN 217132
2 | KRAUSE KALFAYAN BENINK & SLAVENS, LLP
625 Broadway, Suite 635
3 | San Diego, CA 92101
Tel:   (619) 232-0331
4 | Fax:   (619) 232-4019



5 | Attorneys for Plaintiff Legacy Trading Group, LLC and the Putative Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LEGACY TRADING GROUP, LLC, a ) Case No. 07 CV 2344 L RBB
California limited liability company, )
individually and on behalf of all others similarly ) DECLARATION OF ERIC J. BENINK IN
situated, ) SUPPORT OF EX PARTE APPLICATION
) FOR TEMPORARY RESTRAINING ORDER
                    Plaintiff, )
)
       v. ) DATE:
) TIME:
UNICO, INC., an Arizona corporation, ) DEPT:
)
                    Defendant. )
_____ )

I, Eric J. Benink, declare as follows:

1. I am the attorney for Plaintiff, Legacy Trading Group, LLC ("Legacy") and a putative class of common shareholders in the above-entitled action. I have personal knowledge of the facts stated below and if called upon, I could and would testify competently thereto.

2. I was retained by Legacy on December 11, 2007 to investigate shareholder rights in connection with a proposed shareholder meeting by Unico Inc. scheduled for December 21, 2007. Given the limited time available before the December 21, 2007 shareholder meeting, a noticed motion for preliminary injunction was not possible. Between the time I was retained until this ex parte application was filed, I spent 95% of my working hours investigating and researching the shareholder claims and preparing the Complaint and this application. The ex parte application was filed as quickly as possible.

3. At approximately 10:30 a.m. today (December 14, 2007), I placed a call to Unico, Inc.

1  at the telephone number provided in its Securities and Exchange Commission filings and asked to
2  speak to Mr. Lopez, the CEO.  The purpose of the call was to inform him of the filing of the
3  Complaint and the ex parte Application.  The receptionist put me into a voice mail for a woman
4  named "Pam" and I left a message explaining that I was an attorney representing a shareholder and
5  would be filing a Complaint and request for a TRO today.  I asked for a return telephone call.
6         4. After not receiving a return telephone call, I drafted a letter explaining the same, and faxed
7  it to Mr. Lopez at Unico's fax number listed on its web site at approximately 12:30 p.m.  The letter
8  was also sent out via overnight delivery.  Attached hereto as Exhibit A is a true and correct copy of
9  the letter.  It is my intention to have the Complaint, Summons, and ex parte application for the TRO,
10 together with all of the other related filings personally served on an officer at Unico's office later
11 today (December 14, 2007) or as soon as possible, after the Summons is issued.

13       I declare under penalty of perjury under the laws of California that the foregoing is true and
14 correct.
15       Executed on  Dec 14  2007 in  SAN DIEGO , CA.

                                                     _____
                                                     Eric J. Benink
                                                     Attorney for Plaintiffs

Case 3:07-cv-02344-L-RBB    Document 3-3    Filed 12/14/2007    Page 3 of 4

Exhibit A

# KRAUSE, KALFAYAN, BENINK & SLAVENS
### A LIMITED LIABILITY PARTNERSHIP
625 BROADWAY • SUITE 635 • SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 232-0331
FACSIMILE (619) 232-4019
www.kkbs-law.com

JAMES C. KRAUSE
RALPH B. KALFAYAN
ERIC J. BENINK
VINCENT D. SLAVENS

DANIEL J. YAKOUBIAN
HAL W. GIBSON

OF COUNSEL
DAVID B. ZLOTNICK

December 14, 2007

**VIA FACSIMILE (619 209-6125) AND UPS OVERNIGHT**
Mark A. Lopez
Chief Executive Officer
Unico Incorporation
8880 Rio San Diego, 8th Floor
San Diego, CA 92108

**URGENT**

RE: Legacy Trading Group, LLC v. Unico, Inc.

Dear Mr. Lopez:

Please be advised that I represent Legacy Trading Group, LLC ("Legacy"), a Unico Incorporation ("Unico") common shareholder. Legacy has retained my firm to assist it in enjoining Unico's proposed special meeting currently scheduled for December 21, 2007. To that end, we will be filing a Complaint and Application for an Ex Parte Temporary Restraining Order ("TRO") in the United States District Court today.

The date and time for a hearing on the TRO has not been scheduled as of this time. I will notify you as soon as I hear from the Court about a hearing date. We will deliver the materials to be filed with the Court to you by personal delivery later this afternoon. Should you like the materials to be delivered to an address other than above, please advise me immediately.

Thank you for your attention to this matter. Please do not hesitate to contact me with any questions that you might have.

Sincerely,

Eric J. Benink