1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:   (619) 232-0331
4  Fax:   (619) 232-4019

5  Attorneys for Plaintiff Legacy

6

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10  LEGACY    TRADING    GROUP,  LLC,  a  ) Case No.  '07 CV 2344 L RBB
    California   limited   liability   company,  )
11  individually and on behalf of all others similarly  ) DECLARATION OF JUANITA IKUTA IN
    situated,                                   ) SUPPORT OF *EX PARTE* APPLICATION
12                                              ) FOR TEMPORARY RESTRAINING ORDER
                        Plaintiff,              )
13                                              )
            v.                                  )
14                                              )
    UNICO, INC., an Arizona corporation,        ) Date:
15                                              ) Time:
                        Defendant.              ) Courtroom:
16                                              )
                                                )
17  _____    )

18  ///

19

20  ///

21

22  ///

23

24  ///

25

26  ///

27

28

    Declaration                    1

I, _Juanita Ikuta_____, declare as follows:

1.  I am a current shareholder of Unico, Inc., an Arizona corporation.  I have owned _150,000_____ shares of Unico, Inc. (OTC: UCOI.OB) since at least November 1, 2007.

2.    As of December 12, 2007, I have not received i) a Notice of Special Meeting of Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the Shareholders of Unico, Inc.  which I understand is scheduled for December 21, 2007 in San Diego, CA.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on December __11__, 2007 in __Mpls., MN_____.
                                          City / State

                                    _Juanita Ikuta_____
                                      Printed Name

                                    _____
                                      Signature