1   Eric J. Benink, Esq., SBN 187434
    Vincent D. Slavens, Esq., SBN 217132
2   KRAUSE KALFAYAN BENINK & SLAVENS, LLP
    625 Broadway, Suite 635
3   San Diego, CA 92101
    Tel:    (619) 232-0331
4   Fax:    (619) 232-4019

5   Attorneys for Plaintiff Legacy

6

7

8                    UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10  LEGACY   TRADING   GROUP,   LLC,   a  ) Case No. '07 CV 2344 L RBB
    California   limited   liability   company,  )
11  individually and on behalf of all others similarly  ) DECLARATION OF GEOFF SCHODDE IN
    situated,                                    ) SUPPORT OF *EX PARTE* APPLICATION
12                                               ) FOR TEMPORARY RESTRAINING ORDER
                            Plaintiff,           )
13                                               )
         v.                                      )
14                                               )
    UNICO, INC., an Arizona corporation,         ) Date:
15                                               ) Time:
                            Defendant.           ) Courtroom:
16                                               )
    _____   )
17

18  ///

19

20  ///

21

22  ///

23

24  ///

25

26  ///

27

28

Declaration                              1

I, _Geoff Schadde_____, declare as follows:

1.  I am a current shareholder of Unico, Inc., an Arizona corporation.  I have owned _150,000_____ shares of Unico, Inc. (OTC: UCOI.OB)  since at least November 1, 2007.

2.   As of December 12, 2007, I have not received i) a Notice of Special Meeting of Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the Shareholders of Unico, Inc.  which I understand is scheduled for December 21, 2007 in San Diego, CA.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on December _11_, 2007 in _Mpls., MN_____.
                                        City  / State

                              _Geoff Schadde_
                              Printed Name

                              _____
                              Signature