1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:   (619) 232-0331
4  Fax:   (619) 232-4019

5  Attorneys for Plaintiff Legacy

FILED
DEC 14 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CV 2344 L RBB

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation,<br><br>Defendant. | Case No.<br><br>DECLARATION OF F. RICHARDSON, JR. IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>Date:<br>Time:<br>Courtroom: |

///

///

///

///

///

Declaration                                   1

1  I, __F. Richardson JR.__, declare as follows:

2

3  1. I am a current shareholder of Unico, Inc., an Arizona corporation. I have owned

4  __500,604__ shares of Unico, Inc. (OTC: UCOI.OB) since at least November 1, 2007.

5  2. As of December 12, 2007, I have not received i) a Notice of Special Meeting of

6  Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the

7  Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego,

8  CA.

9

10  I declare under penalty of perjury under the laws of California that the foregoing is true and

11  correct.

12  Executed on December _____, 2007 in _____.
                                            City / State

13

14

15  __F. Richardson, JR.__
    Printed Name

16

17  _[signature]_
    Signature

18

19

20

21

22

23

24

25

26

27

28

Declaration                              2

619-232-4016