1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:   (619) 232-0331
4  Fax:   (619) 232-4019

5  Attorneys for Plaintiff Legacy

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 LEGACY TRADING GROUP, LLC, a          ) Case No.: '07 CV 2344 L RBB
   California limited liability company, )
11 individually and on behalf of all others similarly ) DECLARATION OF GERALD KRAMER IN
   situated,                             ) SUPPORT OF *EX PARTE* APPLICATION
12                                       ) FOR TEMPORARY RESTRAINING ORDER
                   Plaintiff,            )
13                                       )
          v.                             )
14                                       )
   UNICO, INC., an Arizona corporation,  ) Date:
15                                       ) Time:
                   Defendant.            ) Courtroom:
16                                       )
                                         )
17 _____)

18
   ///
19

20
   ///
21

22
   ///
23

24
   ///
25

26
   ///
27

28

Declaration                           1

1     I, **Gerald Kramer**, declare as follows:

3     1. I am a current shareholder of Unico, Inc., an Arizona corporation. I have owned **4,138,000** shares of Unico, Inc. (OTC: UCOI.OB) since at least November 1, 2007.

5     2. As of December 12, 2007, I have not received i) a Notice of Special Meeting of Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego, CA.

10     I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on December **13**, 2007 in **Robinson, Texas**
                                               City / State

**Gerald Kramer**
Printed Name

_/s/ Gerald Kramer_
Signature

Declaration            2