1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:    (619) 232-0331
4  Fax:    (619) 232-4019

5  Attorneys for Plaintiff Legacy

FILED
DEC 1 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated, | Case No. '07 CV 2344 L RBB |
|---|---|
| Plaintiff, | DECLARATION OF NICHOLAS REEDER IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| UNICO, INC., an Arizona corporation, | Date: |
| Defendant. | Time: |
| | Courtroom: |

///

///

///

///

///

Declaration                                1

1  I, __NICHOLAS REEDER__, declare as follows:

2

3  1. I am a current shareholder of Unico, Inc., an Arizona corporation. I have owned

4  __2,346,830__ shares of Unico, Inc. (OTC: UCOI.OB) since at least November 1, 2007.

5  2. As of December 12, 2007, I have not received i) a Notice of Special Meeting of

6  Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the

7  Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego,

8  CA.

9

10  I declare under penalty of perjury under the laws of California that the foregoing is true and

11  correct.

12  Executed on December __13TH__, 2007 in __LANGLEY, BRITISH COLUMBIA__.
   City / State  __CANADA__

14

15  __NICHOLAS REEDER__
    Printed Name

16  __/s/ N. Reeder__
    Signature

Declaration

2