1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:   (619) 232-0331
4  Fax:   (619) 232-4019

5  Attorneys for Plaintiff Legacy

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 LEGACY TRADING GROUP, LLC, a  ) Case No. '07 CV 2344 L RBB
   California limited liability company, )
11 individually and on behalf of all others similarly ) DECLARATION OF BLAINE ANDERSON IN
   situated,                    ) SUPPORT OF *EX PARTE* APPLICATION
12                              ) FOR TEMPORARY RESTRAINING ORDER
                Plaintiff,      )
13                              )
        v.                      )
14                              )
   UNICO, INC., an Arizona corporation, ) Date:
15                              ) Time:
                Defendant.      ) Courtroom:
16                              )
                                )
17 _____

18 ///

19

20 ///

21

22 ///

23

24 ///

25

26 ///

27

28

Declaration                    1

1  I, **Blaine Anderson**, declare as follows:

2

3    1. I am a current shareholder of Unico, Inc., an Arizona corporation. I have owned

4 **4,000,000** shares of Unico, Inc. (OTC: UCOI.OB) since at least November 1, 2007.

5    2. As of December 12, 2007, I have not received i) a Notice of Special Meeting of

6 Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the

7 Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego,

8 CA.

9

10    I declare under penalty of perjury under the laws of California that the foregoing is true and

11 correct.

12    Executed on December **13**, 2007 in **Bryce, Utah**
                                                        City / State

**Blaine Anderson**
Printed Name

**Blaine Anderson**
Signature

Declaration                                        2