Eric J. Benink, Esq., SBN 187434
Vincent D. Slavens, Esq., SBN 217132
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, CA 92101
Tel:  (619) 232-0331
Fax:  (619) 232-4019

Attorneys for Plaintiff Legacy

FILED
DEC 1 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UNICO, INC., an Arizona corporation,<br><br>    Defendant. | Case No. '07 CV 2344 L RBB<br><br>DECLARATION OF WILLIAM GRAHAM IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>Date:<br>Time:<br>Courtroom: |

///

///

///

///

///

Declaration                                1

1  I, _Bill Graham_, declare as follows:

2

3  1. I am a current shareholder of Unico, Inc., an Arizona corporation. I have owned

4  _20,000,000_ shares of Unico, Inc. (OTC: UCOI.OB) since at least November 1, 2007.

5  2. As of December 12, 2007, I have not received i) a Notice of Special Meeting of

6  Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the

7  Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego,

8  CA.

9

10  I declare under penalty of perjury under the laws of California that the foregoing is true and

11  correct.

12  Executed on December _13th_, 2007 in _Vancouver, British Columbia_
         City / State

14

15  _WILLIAM GRAHAM_
    Printed Name

16  _Bill Graham_
17  Signature

Declaration                                2