1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:   (619) 232-0331
4  Fax:   (619) 232-4019

5  Attorneys for Plaintiff Legacy

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10 LEGACY TRADING GROUP, LLC, a        ) Case No. '07 CV 2344 L RBB
   California limited liability company, )
11 individually and on behalf of all others similarly ) DECLARATION OF J. G. GEIS IN SUPPORT
   situated,                            ) OF *EX PARTE* APPLICATION FOR
12                                      ) TEMPORARY RESTRAINING ORDER
                  Plaintiff,            )
13                                      )
         v.                             )
14                                      )
   UNICO, INC., an Arizona corporation, ) Date:
15                                      ) Time:
                  Defendant.            ) Courtroom:
16                                      )
   _____)
17

18
   ///
19

20
   ///
21

22
   ///
23

24
   ///
25

26
   ///
27

28

   Declaration                          1

1. I, **J.G. GEIS**, declare as follows:

2. 

3. 1. I am a current shareholder of Unico, Inc., an Arizona corporation. I have owned

4. **20,000,000** shares of Unico, Inc. (OTC: UCOI.OB) since at least November 1, 2007.

5. 2. As of December 12, 2007, I have not received i) a Notice of Special Meeting of

6. Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the

7. Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego,

8. CA.

9.

10. I declare under penalty of perjury under the laws of California that the foregoing is true and

11. correct.

12. Executed on December **13**, 2007 in **AUSTIN TEXAS**.
        City / State

13.

14.

15. **J.G. GEIS**
    Printed Name

16.

17. [Signature]
    Signature

Declaration                                      2