1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:   (619) 232-0331
4  Fax:   (619) 232-4019

5  Attorneys for Plaintiff Legacy

FILED
DEC 14 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

UNICO, INC., an Arizona corporation,

        Defendant.

) Case No. '07 CV 2344 L RBB
)
) DECLARATION OF STEVEN COX IN
) SUPPORT OF *EX PARTE* APPLICATION
) FOR TEMPORARY RESTRAINING ORDER
)
)
)
)
)
) Date:
) Time:
) Courtroom:
)
)

///

///

///

///

///

Declaration                                          1

1  I, __Steven Cox__, declare as follows:

2

3  1. I am a current shareholder of Unico, Inc., an Arizona corporation. I have owned
4  __5,480,000__ shares of Unico, Inc. (OTC: UCOI.OB) since at least November 1, 2007.
5  2. As of December 12, 2007, I have not received i) a Notice of Special Meeting of
6  Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the
7  Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego,
8  CA.

9

10  I declare under penalty of perjury under the laws of California that the foregoing is true and
11  correct.
12  Executed on December __13__, 2007 in __Vancouver, WA__.
                                            City / State
13

14
                                    __Steven Cox__
15                                  Printed Name

16
                                    __[signature]__
17                                  Signature

18

Declaration                            2