1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:   (619) 232-0331
4  Fax:   (619) 232-4019

5  Attorneys for Plaintiff Legacy

6

7

        UNITED STATES DISTRICT COURT

        SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated, | Case No. 07 CV 2344 L RBB |
| Plaintiff, | DECLARATION OF BRIAN HERNON IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| UNICO, INC., an Arizona corporation, | Date: |
| Defendant. | Time: |
| | Courtroom: |

FILED DEC 1 4 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

///

///

///

///

///

Declaration                    1

I, __BRIAN HERNON_____, declare as follows:

1. I am a current shareholder of Unico, Inc., an Arizona corporation. I have owned __1,500,000__ shares of Unico, Inc. (OTC: UCOI.OB) since at least November 1, 2007.

2. As of December 12, 2007, I have not received i) a Notice of Special Meeting of Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego, CA.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on December __13__, 2007 in __MONTREAL, QUEBEC__
                                                City / State

__BRIAN HERNON__
Printed Name

__[signature]__
Signature

Declaration

2