1  Eric J. Benink, Esq., SBN 187434
   Vincent D. Slavens, Esq., SBN 217132
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
   625 Broadway, Suite 635
3  San Diego, CA 92101
   Tel:    (619) 232-0331
4  Fax:    (619) 232-4019

5  Attorneys for Plaintiff Legacy

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  LEGACY   TRADING   GROUP,   LLC,   a    ) Case No. 07-CV-2344-L-RBB
    California  limited  liability  company,   )
11  individually and on behalf of all others similarly  ) DECLARATION  OF  DOUGLAS  C.  DE
    situated,                                ) ANDRE  IN  SUPPORT  OF  *EX PARTE*
12                                           ) APPLICATION  FOR  TEMPORARY
                            Plaintiff,        ) RESTRAINING ORDER
13                                           )
          v.                                 )
14                                           ) Date:
    UNICO, INC., an Arizona corporation,      ) Time:
15                                           ) Courtroom:
                            Defendant.        )
16                                           )
    _____ )
17

18  ///

19

20  ///

21

22  ///

23

24  ///

25

26  ///

27

28  ///

Declaration                                    1

1    I, DOUGLAS C. DE ANDRE                  , declare as follows:

2

3         1.   I am a current shareholder of Unico, Inc., an Arizona corporation.  I have owned

4    8,000,000         shares of Unico, Inc. (OTC: UCOLOB) since at least November 1, 2007.

5         2.   As of December 12, 2007, I have not received i) a Notice of Special Meeting of

6    Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the

7    Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego,

8    CA.

9

10        I declare under penalty of perjury under the laws of California that the foregoing is true and

11   correct.

12        Executed on December  14th, 2007 in  SPOKANE, WA                                .
                                                   City  / State

13

14                                              DOUGLAS C. DE ANDRE
15                                              Printed Name

16                                              D—\ C. L\c
17                                              Signature

18

19

20

21

22

23

24

25

26

27

28

1
PROOF OF SERVICE

2
*Legacy Trading Group v. Unico, Inc., et al.*
Case No. 07-CV-2344-L-RBB

3

4
I am employed with the LAW OFFICES OF KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP, whose address is 625 Broadway, Suite 635, San Diego, California, 92101; I am not a party to this cause. I am over the age of eighteen years.

5

6
I further declare that on **December 17, 2007** I served a copy of the attached document:

7
1.      **Declaration of Douglas C. De Andre in Support of Ex Parte Application for Temporary Restraining Order**

8
on the interested parties listed below:

9
Mark A. Lopez                                                                        Defendant
Chief Executive Officer

10
Unico Incorporation
8880 Rio San Diego, 8th Floor

11
San Diego, CA 92108

12
[ ]      **BY FIRST CLASS MAIL.** I served the documents by enclosing them in a sealed envelope or package with postage pre-paid addressed to the persons at the addresses above and

13
placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for

14
mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. The envelope

15
or package was placed in the mail at San Diego, California.

16
[ ]      **BY UPS EXPRESS MAIL.** I enclosed the documents in an envelope or package provided by the United Parcel Service and addressed to the persons listed above. I placed the

17
envelope or package for collection and overnight delivery at an office or a regularly utilized UPS drop box.

18

19
[X]      **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the address above and providing them to a professional messenger service for personal delivery on the same business day.

20

21
[ ]      **BY FACSIMILE.** Counsel whose name appears above, was faxed a copy of said document(s) by facsimile transmission. No error was reported by the fax machine I used.

22
I declare under penalty of perjury under the laws of the State of California that the

23
foregoing is true and correct.

24
Executed on **December 17, 2007.**

25
                                                                        _____
                                                                        Aimee Vignocchi

26

27

28

Declaration                                          3