Eric J. Benink, Esq., SBN 187434
Vincent D. Slavens, Esq., SBN 217132
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, CA 92101
Tel: (619) 232-0331
Fax: (619) 232-4019

Attorneys for Plaintiff Legacy

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation,<br><br>Defendant. | Case No. 07-CV-2344-L-RBB<br><br>DECLARATION OF ALBERTO POLANCO IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER<br><br>Date:<br>Time:<br>Courtroom: |

///

///

///

///

///

///

I, Alberto Portalco, declare as follows:

1. I am a current shareholder of Unico, Inc., an Arizona corporation. I have owned 1,235,000 shares of Unico, Inc. (OTC: UCOLOB) since at least November 1, 2007.

2. As of December 12, 2007, I have not received i) a Notice of Special Meeting of Shareholders, ii) a Proxy Statement or iii) a Proxy related to a proposed Special Meeting of the Shareholders of Unico, Inc. which I understand is scheduled for December 21, 2007 in San Diego, CA.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on December 15, 2007 in Town of Southeast, New York.
City / State

Alberto Polanco
Printed Name

[signature]
Signature

# PROOF OF SERVICE

*Legacy Trading Group v. Unico, Inc., et al.*
Case No. 07-CV-2344-L-RBB

I am employed with the LAW OFFICES OF KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP, whose address is 625 Broadway, Suite 635, San Diego, California, 92101; I am not a party to this cause. I am over the age of eighteen years.

I further declare that on **December 17, 2007** I served a copy of the attached document:

**1. Declaration of Alberto Polanco in Support of Ex Parte Application for Temporary Restraining Order**

on the interested parties listed below:

Mark A. Lopez
Chief Executive Officer
Unico Incorporation
8880 Rio San Diego, 8th Floor
San Diego, CA 92108

Defendant

[ ] **BY FIRST CLASS MAIL.** I served the documents by enclosing them in a sealed envelope or package with postage pre-paid addressed to the persons at the addresses above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. The envelope or package was placed in the mail at San Diego, California.

[ ] **BY UPS EXPRESS MAIL.** I enclosed the documents in an envelope or package provided by the United Parcel Service and addressed to the persons listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized UPS drop box.

[X] **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the address above and providing them to a professional messenger service for personal delivery on the same business day.

[ ] **BY FACSIMILE.** Counsel whose name appears above, was faxed a copy of said document(s) by facsimile transmission. No error was reported by the fax machine I used.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 17, 2007**.

Aimee Vignocchi