

Broadridge Financial Solutions, Inc.
Investor Communication Solutions
51 Mercedes Avenue, Edgewood, NY 11717
631 254 7400

December 18, 2007

Mark A. Lopez
Unico, Incorporated
8880 Rio San Diego Drive
8th Floor
San Diego, CA 92108

Dear Mr. Lopez:

This Affidavit of Mailing certifies that the material described below was tendered to UPS Mail Innovations for delivery.

| | |
|---|---|
| Company Name: | UNICO, INCORPORATED |
| Type of Mailing: | Proxy Material |
| Mailing Date: | December 6, 2007 |
| Class Of Mail: | UPS Mail Innovations |
| Total Pieces: | 3,667 |

Sincerely,

*William O. Gauger*
William O. Gauger
Director

Sworn to before me this 18th day of December, 2007

*Marialena Fagan*
Notary Public

Marialena Fagan
Notary Public, State of New York
No. 01FA6117520
Qualified in Suffolk County
Commission Expires October 25, 20 08