# Transfer Online, Inc

317 SW Alder Street, 2nd Floor
Portland, OR 97204

☏ 503.227.2950   📠 503.227.6874
✉ info@transferOnline.com   🌐 www.transferOnline.com

## Proxy Voting Summary

---

**Unico Incorporated**
**Special Meeting of Stockholders**

**Report Date: 12-18-2007**

Security: Common
Authorized: 5,000,000,000
Issued: 4,800,670,746
Outstanding: 4,800,670,746
Record Date: 11-19-2007
Mailing Date: 11-30-2007
Meeting Date: 12-21-2007

| | For | Against | Abstain | Shares Voted | Percent of Outstanding Voted | Result of Shares Voted | |
|---|---|---|---|---|---|---|---|
| * Proposal to authorize the Board of Directors,... | 1,900,878,870 | 866,109,865 | 3,201,472 | 2,770,190,207 | 57.70% | For | (68.62%) |

* Non-Discretionary item.  Non-Discretionary items can only be voted by the shareholder.

Total Shares Voted:  2,770,190,207
Total Percent Voted:  57.70%

A Quorum Exists