```
 1  Daniel J. Navigato, Esq. (SBN 164233)
    Michael W. Battin, Esq. (SBN 183870)
 2  Travis M. Bray, Esq. (SBN 235763)
    NAVIGATO & BATTIN, LLP
 3  501 West Broadway, Suite 2060
    San Diego, California 92101
 4  Tel. (619) 233-5365
    Fax (619) 233-3268
 5

 6  Attorneys for Defendant UNICO, INC.

 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation<br><br>Defendant. | CASE NO.:<br><br>**DECLARATION OF MARK LOPEZ** |

I, Mark Lopez, declare:

1. I have knowledge of all the facts stated herein and if called as a witness, I could and would competently testify thereto.

2. I am the Chief Executive Officer of Unico, Inc., an Arizona corporation.

3. On December 21, 2007 a special shareholders meeting is scheduled to take place during which shareholders will vote on an amendment to Unico's Articles of Incorporation to effect a reverse stock split.

4. I have been appointed as the inspector of election for the vote described in paragraph 3 of this declaration.

5. Attached hereto as Exhibit A is a breakdown of the total votes that have been reported to Unico, Inc. as of December 18, 2007, by ADP and Unico's transfer agent, Transfer

---

1

NAVIGATO & BATTIN, LLP
501 West Broadway, Suite 2060
San Diego, CA 92101

**NOTICE RE OSC AND CMC PROCEDURE**

1 | Online.
2 |     I declare under penalty of perjury under the laws of the State of California that the
3 | foregoing is true and correct. Executed this 18th day of December 2007, in San Diego County,
4 | California.

*[signature]*

Mark Lopez