Eric J. Benink, Esq., SBN 187434
Vincent D. Slavens, Esq., SBN 217132
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, CA 92101
Tel:   (619) 232-0331
Fax:   (619) 232-4019

Attorneys for Plaintiff Legacy Trading Group, LLC and the Putative Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNICO, INC., an Arizona corporation,<br><br>                    Defendant. | Case No. 07CV2344L(RBB)<br><br>**AMENDED PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO POST TEMPORARY RESTRAINING ORDER BOND**<br><br>Date: December 20, 2007<br><br>Court Room: 14<br><br>Hon. M. James Lorenz |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Legacy Trading Group, LLC hereby applies, *ex parte*, for additional time to post a $10,000 bond required by the Court in its December 18, 2007 Order Granting Plaintiff's Application for a Temporary Restraining Order ("Order").

This *ex parte* relief is necessary because the process of obtaining the bond has been slowed due to the unavailability of many bond companies. Of approximately 10 companies that Plaintiff, through counsel, attempted to contact, only two are able to assist Plaintiff on such short notice due to either insufficient staff for the holidays or other reasons. The bonding company that Plaintiff is intending to use, Bond Services of California, is requiring original signatures from Plaintiff on the bond application / security agreement.  Plaintiff's office (and its managing member Mike Maselli)

1

1 are in Sonoma County, CA. Thus, the original executed applications, together with the required collateral, will not be presented to Bond Services of California until December 21, 2007 after they are delivered to San Diego via overnight mail for delivery tomorrow.

Furthermore, it is Plaintiff's understanding that defendant Unico, Inc. has already canceled its December 21, 2007 meeting and thus, it will suffer no prejudice by a short delay. Plaintiff's counsel contacted counsel for Unico at approximately 2:00 p.m. today to request a stipulation to extend the time, but was unable to reach him.

Thus, Plaintiff respectfully requests a short extension of time of the deadline to obtain and post the bond to December 21, 2007 at 5:00 p.m.

DATED: 12/20/07

KRAUSE KALFAYAN BENINK & SLAVENS, LLP

*s/ Eric J. Benink*
Eric J. Benink, Esq.
Attorney for Plaintiff

# PROOF OF SERVICE

*Legacy Trading Group v. Unico, Inc., et al.*
Case No. 07-CV-2344-L-RBB

I am employed with the LAW OFFICES OF KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP, whose address is 625 Broadway, Suite 635, San Diego, California, 92101; I am not a party to this cause. I am over the age of eighteen years.

I further declare that on **December 20, 2007** I served a copy of the attached document:

1. **Plaintiff's Ex Parte Application for Extension of Time to Post Temporary Restraining Order Bond; and**

2. **Order Extending Deadline to Post Bond.**

on the interested parties listed below:

Mark A. Lopez                                                                                     Defendant
Chief Executive Officer
Unico Incorporation
8880 Rio San Diego, 8th Floor
San Diego, CA 92108

[X]   **BY FIRST CLASS MAIL.** I served the documents by enclosing them in a sealed envelope or package with postage pre-paid addressed to the persons at the addresses above and placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service. The envelope or package was placed in the mail at San Diego, California.

[ ]   **BY UPS EXPRESS MAIL.** I enclosed the documents in an envelope or package provided by the United Parcel Service and addressed to the persons listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized UPS drop box.

[ ]   **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the address above and providing them to a professional messenger service for personal delivery on the same business day.

[ ]   **BY FACSIMILE.** Counsel whose name appears above, was faxed a copy of said document(s) by facsimile transmission. No error was reported by the fax machine I used.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 20, 2007**

_____
Ashley Polyascko

1