UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNICO, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | Civil No. 07cv2344-L(RBB) <br><br> **ORDER GRANTING PLAINTIFF'S AMENDED *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO POST TEMPORARY RESTRAINING ORDER BOND [doc. 11]** |

Good cause appearing, plaintiff Legacy Trading Group's amended *ex parte* application for an extension of time in which to post its bond is **GRANTED**. Plaintiff shall obtain and post its bond not later than December 21, 2007 at 5:00 p.m.

**IT IS SO ORDERED.**

DATED: December 20, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28