Eric J. Benink, Esq., SBN 187434
Vincent D. Slavens, Esq., SBN 217132
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, CA 92101
Tel:   (619) 232-0331
Fax:   (619) 232-4019

Attorneys for Plaintiff Legacy Trading Group, LLC and the Putative Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation,<br><br>Defendant. | Case No. 07-CV-02344-L-RBB<br><br>**PROOF OF SERVICE** |

I am employed with the LAW OFFICES OF KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP, whose address is 625 Broadway, Suite 635, San Diego, California, 92101; I am not a party to this cause. I am over the age of eighteen years.

I further declare that on **December 21, 2007** I served a copy of the attached document:

1.   **Undertaking Under Section 65**

on the interested parties listed below:

| | |
|---|---|
| Michael Werner Battin, Esq.<br>NAVIGATO & BATTIN, LLP<br>501 West Broadway, Suite 2060<br>San Diego, CA 92101<br>Telephone: (619) 233-5365<br>Facsimile: (619) 233-3268 | Attorney for Defendant<br>UNICO, INC. |

/ / /

Proof of Service                                1                                Case No. 07-CV-02344-L-RBB

1  [X]    **BY FIRST CLASS MAIL.**  I served the documents by enclosing them in a sealed envelope or package with postage pre-paid addressed to the persons at the addresses above and placing the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.  The envelope or package was placed in the mail at San Diego, California.

[ ]    **BY UPS EXPRESS MAIL.**  I enclosed the documents in an envelope or package provided by the United Parcel Service and addressed to the persons listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized UPS drop box.

[ ]    **BY MESSENGER SERVICE.**  I served the documents by placing them in an envelope or package addressed to the persons at the address above and providing them to a professional messenger service for personal delivery on the same business day.

[X]    **BY FACSIMILE.**  Counsel whose name appears above, was faxed a copy of said document(s) by facsimile transmission.  No error was reported by the fax machine I used.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 21, 2007**.

_Aimee Vignocchi_
Aimee Vignocchi

Proof of Service                                    2                        Case No. 07-CV-02344-L-RBB