

Broadridge Financial Solutions, Inc.
Investor Communication Solutions
51 Mercedes Avenue, Edgewood, NY 11717
631 254 7400

December 28, 2007

Mark A. Lopez
Unico, Incorporated
8880 Rio San Diego Drive
8th Floor
San Diego, CA  92108

Dear Mr. Lopez:

This Affidavit of Mailing certifies that the material described below was tendered to UPS Mail Innovations for delivery.

| | |
|---|---|
| Company Name: | Unico, Incorporated |
| Type of Mailing: | Proxy |
| Material Mailed: | Proxy Statement and Form 10-KSB, a copy of which is attached as Exhibit G. |
| Mailing Date: | December 6, 2007 |
| Mailed To: | Beneficial Shareholders represented by Broadridge's Bank and Broker Clients. |
| Class of Mail: | UPS Mail Innovations |
| Total Pieces: | 3,667 |

Sincerely,

William O. Gauger
Director

Sworn to before me this 28th day of December, 2007

Notary Pubic

Anna Olivo
Notary Public, State of New York
No. 01OL6061697
Qualified in Suffolk County
Commission Expires_____