Daniel J. Navigato, Esq. (SBN 164233)
Michael W. Battin, Esq. (SBN 183870)
NAVIGATO & BATTIN, LLP
501 West Broadway, Suite 2060
San Diego, California 92101
Tel. (619) 233-5365
Fax (619) 233-3268

Attorneys for Defendant UNICO, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation,<br><br>Defendant. | CASE NO.: 07CV2344L(RBB)<br><br>DECLARATION OF MARK SCHENCK IN SUPPORT OF DEFENDANT UNICO, INC.'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION<br><br>Hearing<br>DATE: January 7, 2008<br>TIME: 10:30 a.m.<br>CTRM: 14 |

I, Mark Schenck, declare:

1. I have knowledge of all the facts stated herein and if called as a witness, I could and would competently testify thereto.

2. I am a Senior Managing Director at Georgeson Inc. ("Georgeson"). Georgeson was hired by Unico, Inc. ("Unico") to solicit proxies on behalf of Unico in connection with Unico's special meeting of stockholders scheduled for December 21, 2007 (the "Meeting").

3. Georgeson received from Broadridge an initial compilation of non-objecting beneficial owners ("NOBOs") of whom Broadridge had soliciting proxies, excluding those NOBOs whose brokers do not consent to their votes being solicited over the phone. This initial compilation identified whether these NOBOs had voted or not ("Initial Compilation").

1

1     4.    Georgeson additionally received from Broadridge on a daily basis, by way of text files via electronic transmission, information regarding those NOBOs who had since voted their shares for the Meeting, again excluding those NOBOs whose brokers do not consent to their votes being solicited over the phone. After receiving the daily text file of voted accounts from Broadridge, Georgeson would then match the files of newly voted accounts with the Initial Compilation in order to create a new list of Unico shareholders who had voted (the "Voted List").

    5.    Attached hereto as Exhibit C is a copy of the Voted List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 27th day of December 2007, in San Diego County, California.

*/s/ Mark Schenck*
Mark Schenck