| NA1 | NA2 | NA3 | | | SHARES |
|---|---|---|---|---|---|
| | | | | | 368,850,000 |
| | | | | | 200,000,000 |
| | | | | | 43,000,000 |
| | | | | | 32,000,000 |
| | | | | | 27,000,000 |
| | | | | | 25,000,000 |
| | | | | | 21,000,000 |
| MR. WILLIAM GRAHAM | 11 ROYAL AVE E UNIT 1602 | NEW WESTMINSTER BC  V3L 0A8 | | | 20,012,000 |
| | | | | | 19,496,190 |
| | | | | | 18,542,391 |
| | | | | | 15,500,000 |
| | | | | | 15,000,000 |
| | | | | | 14,639,000 |
| | | | | | 14,100,000 |
| | | | | | 14,050,000 |
| | | | | | 13,401,200 |
| | | | | | 13,333,333 |
| | | | | | 13,000,000 |
| | | | | | 12,477,512 |
| | | | | | 12,000,000 |
| | | | | | 11,000,000 |
| | | | | | 10,526,311 |
| | | | | | 10,069,597 |
| | | | | | 10,050,000 |
| | | | | | 10,000,000 |
| | | | | | 10,000,000 |
| | | | | | 10,000,000 |
| | | | | | 10,000,000 |
| | | | | | 9,559,324 |
| | | | | | 9,300,000 |
| | | | | | 9,100,000 |
| | | | | | 9,000,000 |
| | | | | | 8,966,455 |
| | | | | | 8,828,197 |
| | | | | | 8,550,500 |
| | | | | | 8,185,000 |
| | | | | | 8,050,000 |
| | | | | | 8,000,000 |
| | | | | | 8,000,000 |

| NA1 | NA2 | NA3 | NAME | | SHARES |
|-----|-----|-----|------|---|--------|
| | | | | | 7,900,000 |
| | | | | | 7,402,000 |
| | | | | | 7,368,837 |
| | | | | | 7,204,608 |
| | | | | | 7,179,200 |
| | | | | | 7,000,000 |
| | | | | | 7,000,000 |
| | | | | | 7,000,000 |
| | | | | | 6,077,275 |
| | | | | | 6,000,000 |
| | | | | | 5,950,000 |
| | | | | | 5,848,667 |
| LEGACY TRADING GROUP LLC | ATTN: MIKE C MASELLI | 1408 GEORGIA CRT | ROHNERT PARK  CA  94928 | | 5,562,269 |
| | | | | | 5,342,331 |
| | | | | | 5,230,000 |
| | | | | | 5,098,400 |
| | | | | | 5,016,000 |
| | | | | | 5,000,200 |
| | | | | | 5,000,000 |
| | | | | | 5,000,000 |
| | | | | | 5,000,000 |
| | | | | | 5,000,000 |
| | | | | | 5,000,000 |
| | | | | | 5,000,000 |
| | | | | | 4,999,995 |
| | | | | | 4,970,900 |
| | | | | | 4,700,000 |
| | | | | | 4,542,200 |
| | | | | | 4,500,000 |
| | | | | | 4,454,545 |
| | | | | | 4,407,800 |
| | | | | | 4,285,550 |
| | | | | | 4,221,414 |
| | | | | | 4,136,000 |
| | | | | | 4,010,100 |
| | | | | | 4,000,000 |
| | | | | | 4,000,000 |
| | | | | | 4,000,000 |

| NA1 | NA2 | NA3 | NA4 | NA5 | SHARES |
|---|---|---|---|---|---|
| | | | | | 4,000,000 |
| | | | | | 3,750,000 |
| | | | | | 3,704,876 |
| | | | | | 3,703,300 |
| | | | | | 3,643,500 |
| | | | | | 3,600,000 |
| | | | | | 3,580,000 |
| | | | | | 3,544,000 |
| | | | | | 3,500,000 |
| | | | | | 3,432,400 |
| | | | | | 3,400,000 |
| | | | | | 3,384,314 |
| | | | | | 3,308,000 |
| | | | | | 3,089,845 |
| | | | | | 3,031,635 |
| | | | | | 3,000,000 |
| | | | | | 3,000,000 |
| | | | | | 3,000,000 |
| | | | | | 3,000,000 |
| | | | | | 3,000,000 |
| | | | | | 3,000,000 |
| BLAINE J ANDERSON & SHAUNA S | ANDERSON JT TEN | 1058 SOUTH 300 WEST | BRYCE  UT  84764 | | 2,900,000 |
| | | | | | 2,875,000 |
| | | | | | 2,840,000 |
| | | | | | 2,802,800 |
| | | | | | 2,800,000 |
| | | | | | 2,718,000 |
| | | | | | 2,655,900 |
| | | | | | 2,650,000 |
| | | | | | 2,589,000 |
| | | | | | 2,564,300 |
| | | | | | 2,500,000 |
| | | | | | 2,498,300 |
| | | | | | 2,475,000 |
| | | | | | 2,400,000 |
| | | | | | 2,353,585 |
| | | | | | 2,347,950 |
| | | | | | 2,325,500 |
| | | | | | 2,305,500 |
| | | | | | 2,200,000 |
| | | | | | 2,171,000 |
| | | | | | 2,038,500 |

| NA1 | NA2 | NA3 | | | SHARES |
|---|---|---|---|---|---|
| | | | | | 2,000,044 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| | | | | | 2,000,000 |
| MR. BRIAN J HERNON | 2155 RUE HENRI-CYR | SAINT-HUBERT QC  J3Y 8N8 | | | 2,000,000 |
| | | | | | 1,920,000 |
| | | | | | 1,900,000 |
| | | | | | 1,900,000 |
| | | | | | 1,900,000 |
| | | | | | 1,880,000 |
| | | | | | 1,860,999 |
| | | | | | 1,860,000 |
| | | | | | 1,800,000 |
| | | | | | 1,750,000 |
| | | | | | 1,721,000 |
| | | | | | 1,700,000 |
| | | | | | 1,700,000 |
| | | | | | 1,600,000 |
| | | | | | 1,600,000 |
| | | | | | 1,560,311 |
| | | | | | 1,534,500 |
| | | | | | 1,500,000 |
| | | | | | 1,500,000 |
| | | | | | 1,500,000 |
| | | | | | 1,498,330 |
| | | | | | 1,490,000 |
| | | | | | 1,460,000 |
| | | | | | 1,455,000 |
| | | | | | 1,440,750 |
| | | | | | 1,411,850 |

| NA1 | NA2 | NA3 | NA4 | NA5 | SHARES |
|-----|-----|-----|-----|-----|--------|
| | | | | | 1,402,828 |
| | | | | | 1,400,000 |
| | | | | | 1,400,000 |
| | | | | | 1,400,000 |
| | | | | | 1,375,000 |
| | | | | | 1,369,999 |
| | | | | | 1,349,999 |
| | | | | | 1,315,000 |
| | | | | | 1,261,950 |
| | | | | | |
| | | | | | 1,255,000 |
| | | | | | 1,235,000 |
| | | | | | 1,204,600 |
| STEVEN WAYNE COX & | BARBARA J COX JT TEN | PMB #1 | 13023 NE HIGHWAY 99 STE 7 | VANCOUVER WA  98686 | 1,200,000 |
| | | | | | 1,176,400 |
| | | | | | 1,176,000 |
| | | | | | 1,153,530 |
| | | | | | 1,150,000 |
| | | | | | 1,147,105 |
| | | | | | 1,125,000 |
| | | | | | |
| | | | | | 1,120,000 |
| | | | | | 1,110,000 |
| | | | | | |
| | | | | | 1,100,000 |
| | | | | | |
| | | | | | 1,100,000 |
| BLAINE ANDERSON | 1058 SOUTH 300 WEST | BRYCE UT  84764 | | | 1,100,000 |
| | | | | | 1,096,333 |
| | | | | | 1,091,000 |
| | | | | | 1,090,040 |
| | | | | | 1,075,000 |
| | | | | | 1,073,000 |
| | | | | | 1,065,000 |
| | | | | | 1,060,500 |
| | | | | | 1,030,000 |
| | | | | | 1,025,000 |
| | | | | | 1,018,333 |
| | | | | | 1,017,000 |
| | | | | | 1,013,000 |
| | | | | | 1,010,000 |
| | | | | | 1,005,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |

| NA1 | NA2 | NA3 | NA4 | NA5 | SHARES |
|---|---|---|---|---|---|
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 1,000,000 |
| | | | | | 990,000 |
| | | | | | 965,160 |
| | | | | | 931,715 |
| | | | | | 928,500 |
| | | | | | 925,838 |
| | | | | | 902,000 |
| | | | | | 900,000 |
| | | | | | 900,000 |
| | | | | | 891,000 |
| | | | | | 890,913 |
| | | | | | 888,000 |
| STEVEN WAYNE COX | CHARLES SCHWAB & CO INC CUST | SEP-IRA | PMB #1 | 13023 NE HIGHWAY 99 STE 7, VANCOUVER, WA 98686 | 880,000 |
| | | | | | 870,000 |
| | | | | | 867,058 |
| | | | | | 850,000 |
| | | | | | 840,000 |
| | | | | | 825,000 |
| | | | | | 805,080 |
| | | | | | 800,000 |
| | | | | | 800,000 |
| | | | | | 800,000 |

| SHARES |
| --- |
| 800,000 |
| 790,000 |
| 775,000 |
| 756,827 |
| |
| 750,000 |
| 750,000 |
| 747,500 |
| 731,400 |
| 709,000 |
| 700,000 |
| 696,430 |
| 692,857 |
| 691,666 |
| |
| 689,000 |
| 646,000 |
| 627,162 |
| 625,000 |
| 620,000 |
| 617,000 |
| 600,000 |
| 600,000 |
| 600,000 |
| 600,000 |
| |
| 600,000 |
| 600,000 |
| |
| 596,867 |
| |
| 595,000 |
| |
| 591,350 |
| 580,000 |
| |
| 580,000 |
| 577,000 |
| |
| 570,000 |
| 557,564 |
| 550,000 |
| 550,000 |
| |
| 540,000 |
| 535,000 |
| 525,000 |
| 516,000 |
| 513,000 |

| NA1 | NA2 | NA3 | NA4 | NA5 | SHARES |
|---|---|---|---|---|---|
| | | | | | 507,500 |
| | | | | | 505,000 |
| | | | | | 501,233 |
| | | | | | 501,209 |
| FRANK KENNETH RICHARDSON JR | 8241 BAYARD ST | PHILADELPHIA PA 191501701 | | | 500,604 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 500,000 |
| | | | | | 496,000 |
| | | | | | 488,000 |
| | | | | | 486,186 |
| | | | | | 480,000 |
| | | | | | 468,000 |
| | | | | | 463,999 |
| | | | | | 460,000 |
| | | | | | 460,000 |
| | | | | | 450,000 |
| | | | | | 450,000 |
| | | | | | 439,320 |

| SHARES |
|---|
| 430,000 |
| 417,600 |
| 412,467 |
| 411,200 |
| 410,000 |
| 405,000 |
| 403,000 |
| 400,069 |
| 400,000 |
| 400,000 |
| 400,000 |
| 400,000 |
| 400,000 |
| 400,000 |
| 400,000 |
| 400,000 |
| 400,000 |
| 390,000 |
| 389,000 |
| 386,000 |
| 375,000 |
| 375,000 |
| 370,000 |
| 367,874 |
| 364,150 |
| 359,000 |
| 350,000 |
| 350,000 |
| 350,000 |
| 339,772 |
| 338,600 |
| 335,000 |
| 329,550 |
| 325,000 |
| 324,000 |
| 323,805 |
| 319,000 |
| 318,000 |
| 315,000 |
| 313,713 |

| SHARES |
| --- |
| 312,900 |
| 310,000 |
| 305,650 |
| 305,000 |
| 304,452 |
| 300,000 |
| 300,000 |
| 300,000 |
| 300,000 |
| 300,000 |
| 300,000 |
| 300,000 |
| 300,000 |
| 300,000 |
| 300,000 |
| 300,000 |
| 300,000 |
| 293,500 |
| 290,000 |
| 285,714 |
| 280,000 |
| 279,220 |
| 278,315 |
| 275,000 |
| 275,000 |
| 267,000 |
| 261,904 |
| 256,000 |
| 250,500 |
| 250,000 |
| 250,000 |
| 250,000 |
| 250,000 |
| 244,000 |
| 235,000 |
| 230,000 |
| 229,000 |

| SHARES |
|--------|
| 227,466 |
| 226,775 |
| 225,000 |
| 224,000 |
| 221,000 |
| 220,000 |
| 218,250 |
| 208,702 |
| 208,333 |
| 207,212 |
| 206,056 |
| 205,270 |
| 202,000 |
| 202,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 200,000 |
| 185,000 |
| 181,818 |
| 180,300 |
| 180,000 |
| 175,000 |
| 174,200 |

| SHARES |
|---|
| 167,000 |
| 162,500 |
| 160,000 |
| |
| 160,000 |
| 160,000 |
| 153,000 |
| 151,610 |
| |
| 150,000 |
| 150,000 |
| 150,000 |
| 150,000 |
| |
| 150,000 |
| |
| 150,000 |
| 150,000 |
| 150,000 |
| 150,000 |
| 150,000 |
| 150,000 |
| |
| 150,000 |
| 147,585 |
| 145,000 |
| 145,000 |
| 142,650 |
| |
| 135,711 |
| 135,402 |
| |
| 135,000 |
| 134,000 |
| |
| 132,900 |
| 132,600 |
| 130,000 |
| 129,900 |
| |
| 128,000 |
| 127,000 |
| 125,000 |
| 120,000 |
| |
| 120,000 |
| 120,000 |
| 120,000 |

| SHARES |
| --- |
| 120,000 |
| 115,000 |
| 112,000 |
| 110,694 |
| 110,000 |
| 110,000 |
| 110,000 |
| 110,000 |
| 110,000 |
| 109,999 |
| 109,000 |
| 106,900 |
| 106,484 |
| 102,924 |
| 100,500 |
| 100,450 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |

| SHARES |
|---|
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 100,000 |
| 99,000 |
| 98,004 |
| 97,350 |
| 97,000 |
| 97,000 |
| 94,500 |
| 91,000 |
| 88,000 |
| 84,168 |
| 80,000 |
| 80,000 |
| 79,000 |
| 79,000 |
| 79,000 |
| 78,350 |
| 75,500 |
| 75,000 |
| 75,000 |
| 73,500 |
| 70,250 |
| 70,000 |
| 69,633 |
| 68,750 |
| 67,500 |
| 66,750 |
| 66,000 |

| SHARES |
| --- |
| 65,689 |
| 65,000 |
| 65,000 |
| 65,000 |
| 64,821 |
| 63,000 |
| 63,000 |
| 61,000 |
| 61,000 |
| 60,500 |
| 60,000 |
| 60,000 |
| 60,000 |
| 59,999 |
| 57,125 |
| 56,000 |
| 55,000 |
| 52,500 |
| 51,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |

| SHARES |
| --- |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 50,000 |
| 49,600 |
| 47,755 |
| 47,500 |
| 45,000 |
| 45,000 |
| 44,250 |
| 44,000 |
| 41,063 |
| 40,850 |
| 40,000 |
| 40,000 |
| 40,000 |
| 40,000 |
| 40,000 |
| 40,000 |
| 40,000 |
| 40,000 |
| 39,100 |
| 39,000 |
| 37,000 |
| 36,400 |
| 36,363 |
| 36,000 |
| 35,500 |
| 35,416 |
| 35,000 |
| 35,000 |
| 35,000 |
| 35,000 |
| 33,860 |
| 33,000 |
| 32,000 |
| 31,400 |
| 31,268 |
| 30,000 |

| SHARES |
|---|
| 30,000 |
| 30,000 |
| 30,000 |
| |
| 30,000 |
| 30,000 |
| 30,000 |
| 30,000 |
| 30,000 |
| 30,000 |
| 28,680 |
| 28,000 |
| 28,000 |
| 27,500 |
| 26,000 |
| 25,000 |
| 25,000 |
| |
| 25,000 |
| |
| 25,000 |
| 25,000 |
| 25,000 |
| 24,999 |
| 23,999 |
| 22,468 |
| 21,864 |
| 21,000 |
| 20,800 |
| |
| 20,600 |
| 20,200 |
| 20,000 |
| |
| 20,000 |
| |
| 20,000 |
| |
| 20,000 |
| |
| 20,000 |
| 20,000 |
| |
| 20,000 |
| 20,000 |
| 20,000 |
| 20,000 |
| 20,000 |

| NA1 | NA2 | NA3 | NA4 | NA5 | SHARES |
|---|---|---|---|---|---|
| | | | | | 20,000 |
| | | | | | 20,000 |
| | | | | | 20,000 |
| | | | | | 20,000 |
| | | | | | 20,000 |
| | | | | | 20,000 |
| | | | | | 20,000 |
| | | | | | 20,000 |
| | | | | | 20,000 |
| | | | | | 18,969 |
| | | | | | 18,000 |
| | | | | | 18,000 |
| | | | | | 18,000 |
| | | | | | 17,500 |
| | | | | | 17,150 |
| | | | | | 17,000 |
| | | | | | 16,877 |
| | | | | | 16,840 |
| | | | | | 15,675 |
| | | | | | 15,600 |
| | | | | | 15,005 |
| | | | | | 15,000 |
| | | | | | 15,000 |
| | | | | | 15,000 |
| | | | | | 15,000 |
| | | | | | 15,000 |
| | | | | | 15,000 |
| | | | | | 15,000 |
| | | | | | 15,000 |
| | | | | | 14,500 |
| | | | | | 13,500 |
| | | | | | 13,400 |
| | | | | | 13,000 |
| | | | | | 13,000 |
| PIRANHAS 2 FUND LLC | ATTN: MIKE C MASELLI | 1408 GEORGIA CRT | ROHNERT PARK  CA  94928 | | 12,605 |
| | | | | | 11,200 |
| | | | | | 11,000 |
| | | | | | 11,000 |
| | | | | | 11,000 |

| SHARES |
|---|
| 11,000 |
| |
| 10,790 |
| 10,500 |
| 10,350 |
| 10,018 |
| |
| 10,000 |
| 10,000 |
| 10,000 |
| |
| 10,000 |
| |
| 10,000 |
| |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| |
| 10,000 |
| |
| 10,000 |
| 10,000 |
| 10,000 |
| |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| 10,000 |
| |
| 10,000 |
| 9,999 |

| SHARES |
|--------|
| 9,375 |
| 9,050 |
| 9,000 |
| 9,000 |
| 9,000 |
| 8,750 |
| 8,700 |
| 8,360 |
| 8,049 |
| 8,000 |
| 8,000 |
| 8,000 |
| 8,000 |
| 7,800 |
| 7,500 |
| 7,500 |
| 7,000 |
| 7,000 |
| 6,000 |
| 5,500 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 5,000 |
| 4,999 |
| 4,982 |
| 4,720 |
| 4,659 |

| SHARES |
|-------|
| 4,500 |
| 4,500 |
| 4,050 |
| 4,000 |
| 4,000 |
| 4,000 |
| 4,000 |
| 4,000 |
| 4,000 |
| 4,000 |
| 4,000 |
| 4,000 |
| 4,000 |
| 3,950 |
| 3,832 |
| 3,800 |
| 3,800 |
| 3,750 |
| 3,450 |
| 3,300 |
| 3,160 |
| 3,100 |
| 3,100 |
| 3,000 |
| 3,000 |
| 3,000 |
| 2,900 |
| 2,500 |
| 2,500 |
| 2,500 |
| 2,054 |
| 2,000 |
| 2,000 |
| 2,000 |
| 2,000 |
| 2,000 |
| 2,000 |
| 2,000 |
| 2,000 |
| 2,000 |
| 2,000 |
| 1,850 |
| 1,750 |
| 1,700 |

| SHARES |
|---|
| 1,700 |
| 1,635 |
| 1,500 |
| 1,500 |
| 1,500 |
| 1,500 |
| 1,500 |
| 1,500 |
| 1,500 |
| 1,500 |
| 1,460 |
| 1,400 |
| 1,353 |
| 1,352 |
| 1,330 |
| 1,300 |
| 1,250 |
| 1,180 |
| 1,153 |
| 1,100 |
| 1,074 |
| 1,060 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 1,000 |
| 975 |
| 943 |
| 900 |

| SHARES |
|--------|
| 860 |
| 800 |
| 800 |
| |
| 750 |
| 750 |
| 750 |
| 750 |
| 750 |
| 700 |
| |
| 665 |
| |
| 627 |
| |
| 600 |
| 600 |
| 589 |
| 550 |
| 550 |
| 500 |
| 500 |
| |
| 500 |
| |
| 500 |
| 500 |
| 500 |
| 500 |
| |
| 500 |
| 400 |
| |
| 400 |
| |
| 400 |
| |
| 400 |
| 380 |
| 366 |
| 350 |
| |
| 300 |
| 300 |
| 296 |
| 284 |
| |
| 280 |
| 250 |
| 250 |
| 250 |

| SHARES |
|---|
| 240 |
| 240 |
| 215 |
| 210 |
| 200 |
| 200 |
| 200 |
| 200 |
| 200 |
| 200 |
| |
| 200 |
| 200 |
| 200 |
| 200 |
| 200 |
| 170 |
| 158 |
| |
| 150 |
| |
| |
| 150 |
| 150 |
| 150 |
| 150 |
| 150 |
| 146 |
| 140 |
| 125 |
| 120 |
| 100 |
| 100 |
| |
| 100 |
| 100 |
| 100 |
| 100 |
| |
| 100 |
| |
| 90 |
| 90 |
| |
| 80 |
| |
| 75 |
| |
| 60 |
| |
| 56 |

| SHARES |
|---|
| 50 |
| 50 |
| 50 |
| |
| 50 |
| 50 |
| 50 |
| |
| |
| 40 |
| 40 |
| 33 |
| 30 |
| 30 |
| 30 |
| 30 |
| 25 |
| 25 |
| 20 |
| 20 |
| 20 |
| 15 |
| 15 |
| 15 |
| |
| 15 |
| |
| 15 |
| 12 |
| |
| 10 |
| 10 |
| |
| 10 |
| 7 |
| 5 |
| |
| 4 |
| 1 |