# TRANSFER ONLINE, INC
317 SW ALDER STREET, 2ND FLOOR
PORTLAND, OR 97204
P 503.227.2950  F 503.227.6874
E INFO@TRANSFERONLINE.COM  W WWW.TRANSFERONLINE.COM

## INVOICE

**Billed To:**
Unico Incorporated
8880 Rio San Diego Dr., 8th Floor
San Diego, CA  92108

Invoice Number: 112-988
Invoice Date: 12-07-2007
Invoice Type: Service
Invoiced By: Holly Boswell

Invoice Total: $2,829.26
Paid: $0.00
Amount Due: $2,829.26

Issuer: Unico Incorporated

### Line Items:

| Type   | Descriptions                        | Amount    |
|--------|-------------------------------------|-----------|
| Posted | Envelopes                           | $603.20   |
| Posted | Labor @ $65/hour - 10 hours         | $650.00   |
| Posted | Printing of 14A/10KSB/Proxy Card    | $949.06   |
| Posted | Corporate Action Fee                | $250.00   |
| Posted | Proxy Tabulation 377 x $1           | $377.00   |

Total Billed: $2,829.26

We accept all major credit cards. Payment may be paid online or by calling Transfer Online.

*Please Return This Portion With Payment*

Invoice Amount: $2,829.26
Invoice Total: $2,829.26
Amount Paid: $0.00

Invoice Number: 112-988
Invoice Date: 12-07-2007

**Balance Due: $2,829.26** Payable Upon Receipt


I112-988

** A 1% service charge per month will be applied to all outstanding invoices over 30 days **