
INVOICE

| REMITTANCE ADDRESS | |
|---|---|
| WIRE TRANFERS IN US $<br>BANK OF AMERICA, NEW YORK, NY<br>FBO: BROADRIDGE PROXY<br>FED ABA# 026009593 OR ACH ABA# 021200339<br>ACCOUNT# 189000775<br>SWIFT CODE: BOFAUS3N | BROADRIDGE<br>P.O. BOX 23487<br>NEWARK, NJ 07189 |

SERVICE INQUIRIES (631) - 254-7447
BILLING INQUIRIES (631) - 254-7422

INVOICE TERMS: NET 30 DAYS

BROADRIDGE INCURRED THE FOLLOWING EXPENSES PROCESSING

7,634 SHAREOWNER POSITIONS
FOR THE ANNUAL MEETING
OF UNICO, INCORPORATED

## JOB INFORMATION

| | |
|---|---|
| JOB # | Z44552 |
| INVOICE DATE | 12/18/07 |
| CUSIP NUMBER | 904622 |
| INVOICE # | 352025 |
| INVOICE DUE DATE | 01/18/08 |
| JOB MAIL DATE | 12/06/07 |

## DETAIL CHARGES

| ITEM | TOTAL CHARGES |
|---|---|
| PROCESSING FEE | 3,816.50 |
| MAIL ELIMINATION FEE | 1,979.50 |
| INTERMEDIARY FEE | 1,860.00 |
| POSTAGE | 6,022.98 |
| ENVELOPES/FORMS | 316.96 |
| OTHER | 50.00 |

BROADRIDGE ACTS ON BEHALF OF CERTAIN BROKERS/NOMINEES TO DISTRIBUTE PROXIES, QUARTERLY REPORTS AND OTHER COMMUNICATIONS FROM CORPORATE ISSUERS (INCLUDING "OPPOSITION" PARTIES) TO THEIR SHAREOWNERS. THIS INVOICE IS CALCULATED AT RATES PRESCRIBED BY THE NEW YORK STOCK EXCHANGE. PLEASE NOTE, OUR SERVICES HAVE LIKELY BEEN COORDINATED WITH YOUR SHAREOWNER RELATIONS DEPARTMENT OR YOUR CORPORATE SECRETARY. DIRECT QUESTIONS REGARDING THIS INVOICE TO BROADRIDGE' BILLING DEPARTMENT AT THE ABOVE TELEPHONE NUMBER. BROADRIDGE IS LOCATED AT 51 MERCEDES WAY, EDGEWOOD, NY, 11717

*See Invoice detail for your postage discounts and mailings eliminated. The Processing Fee (as prescribed by the NYSE) is primarily for Data Processing (70%) and Material Coordination (30%).*

UNICO, INCORPORATED
8880 RIO SAN DIEGO DR, 8TH FL
SAN DIEGO, CA 92108
ATTN: MARK A LOPEZ

| | |
|---|---|
| SUB TOTAL | 14,045.94 |
| CREDITS | ( .00 ) |
| SALES TAX DUE | 106.54 |
| **TOTAL DUE** US$ | 14,152.48 |

SEE SALES TAX INFORMATION SHEET FOR DETAILS.
SEE EXPLANATIONS ON THE BACK OF THIS PAGE.

*Past due accounts subject to a 1 1/2 % finance charge per month.*

***NOTE: Billing for vote returns will follow approximately two weeks after meeting date.***

---

Broadridge™

**REMITTANCE:**

BROADRIDGE
P.O.BOX 23487
NEWARK, NJ 07189
Wire Transfers In US $: BANK OF AMERICA, NEW YORK, NY
FBO:BROADRIDGE PROXY SWIFT CODE: BOFAUS3N
FED ABA# 026009593 OR ACH ABA# 021200339
ACCOUNT# 189000775

TERMS: NET 30 DAYS

| CUSIP NUMBER | JOB # | INVOICE # | INVOICE DATE | DUE DATE |
|---|---|---|---|---|
| 904622 | Z44552 | 352025 | 12/18/07 | 01/18/08 |

**Total Due This Invoice - US$** 14,152.48

**ISSUER NAME** UNICO, INCORPORATED

**AMOUNT ENCLOSED**

**Please return this portion with your payment in US dollars.**
**Include your cusip number on your check made payable to:** **BROADRIDGE**

BRV00X

55555 0000000 090004060202 36040455200 121807 100001415248 3



INVOICE NUMBER : 352025
JOB NUMBER : Z44552
INVOICE DATE : 12/18/07

## BREAKDOWN OF DETAIL CHARGES

| | ITEM COUNT | ITEM CHARGE | CHARGES | TOTAL |
|---|---|---|---|---|
| PROCESSING FEE | | | | |
| PIECES PROCESSED | 7634 | .400 | | |
| NOMINEE UNIT FEE | 7634 | .100 | | |
| LESS: ISSUER COPY | 1 | NO CHARGE | | |
| NET PIECES | 7633 | .500 | 3,816.50 | |
| TOTAL PROCESSING FEE | | | | 3,816.50 |
| MAIL ELIMINATION FEE | | | | |
| PROXY EDGE | 17** | .500 | 8.50 | |
| HOUSEHOLDING | 138** | .500 | 69.00 | |
| E-DELIVERY | 3776** | .500 | 1,888.00 | |
| EXCEPTION PROCESSING | 8** | .500 | 4.00 | |
| CONSOLIDATION | 20** | .500 | 10.00 | |
| TOTAL MAIL ELIMINATION FEE | | | | 1,979.50 |
| INTERMEDIARY NOMINEE COORDINATION FEE | | | | |
| NOMINEES | 93 | 20.000 | | 1,860.00 |
| POSTAGE (OUTBOUND) | | | | |
| CANADA | 571 | 2.2400 | 1,279.04 | |
| LESS: DISCOUNT | 571 | .2890- | 165.02-* | |
| FOREIGN | 166 | 5.3800 | 893.08 | |
| LESS: DISCOUNT | 166 | 1.8590- | 308.59-* | |
| MEXICO | 1 | 2.8400 | 2.84 | |
| LESS: DISCOUNT | 1 | .5890- | .59-* | |
| UPS (UPSMI) | 16 | 1.4800 | 23.68 | |
| LESS: DISCOUNT FROM USPS RATE | 16 | .1600- | 2.56-* | |
| UPS (UPSMI) | 2792 | 1.6500 | 4,606.80 | |
| LESS: DISCOUNT FROM USPS RATE | 2792 | .1800- | 502.56-* | |
| UPS (UPSMI) | 109 | 1.8200 | 198.38 | |
| LESS: DISCOUNT FROM USPS RATE | 109 | .1800- | 19.62-* | |
| UPS (UPSMI) | 10 | 1.9900 | 19.90 | |
| LESS: DISCOUNT FROM USPS RATE | 10 | .1800- | 1.80-* | |
| TOTAL POSTAGE (OUTBOUND) | | | | 6,022.98 |

(CONTINUED)

---

INVOICE NUMBER : 352025
JOB NUMBER : Z44552
INVOICE DATE : 12/18/07

## B R E A K D O W N  O F  D E T A I L  C H A R G E S

| | ITEM COUNT | ITEM CHARGE | CHARGES | TOTAL |
|---|---|---|---|---|
| ENVELOPES / FORMS | | | | |
| *BRE | 3665 | .01579 | 57.87 | |
| 9 X 12 WINDOW | 3665 | .03851 | 141.14 | |
| PROXY VIF | 3832 | .03078 | 117.95 | |
| TOTAL ENVELOPES / FORMS | | | | 316.96 |
| OTHER | | | | |
| FAX REPORTING | | | | 50.00 |
| TOTAL OTHER | | | | 50.00 |
| TOTAL CHARGES | | | | 14,045.94 |

* POSTAGE SAVINGS ARE $1,000.74 (REPRESENTS 50% OF TOTAL DISCOUNTS)
** PIECES ELIMINATED THROUGH SPECIAL PROCESSING ARE 3,959

**904622 UNICO, INCORPORATED**
**JOB NUMBER Z44552 ANNUALMEETING**

Broadridge™

| CLIENT | TOTAL SHAREHOLDER POSITIONS |
|---|---|
| A.G. EDWARDS & SONS, INC. | 76 |
| AMERIPRISE FINANCIAL | 21 |
| THE BANK OF NEW YORK | 7 |
| BLACKMONT CAPITAL INC | 4 |
| BNP PARIBAS SECURITIES CORP. | 1 |
| BOCI SECURITIES LIMITED | 2 |
| CANACCORD CAPITAL CORPORATION | 24 |
| CIBC WORLD MARKETS | 38 |
| CITIGROUP GLOBAL MARKETS | 63 |
| CROWELL WEEDON & COMPANY INC | 3 |
| DAVENPORT & COMPANY LLC | 7 |
| DESJARDINS SECURITIES INC | 19 |
| E*TRADE SECURITIES LLC | 785 |
| EMMETT A. LARKIN COMPANY INC. | 14 |
| FIMAT USA, LLC | 7 |
| FIRST TRUST COMPANY OF ONAGA | 2 |
| GLOBAL SECURITIES CORPORATION | 2 |
| GOLDMAN SACHS EXECUTION & CLEARING, L.P. | 3 |
| H&R BLOCK FINANCIAL ADVISORS | 15 |
| HSBC SECURITIES INC. | 8 |
| INTERACTIVE BROKERS LLC | 46 |
| JANNEY MONTGOMERY SCOTT LLC | 3 |
| JP MORGAN CHASE | 3 |
| LEGENT CLEARING, LLC | 8 |
| LPL FINANCIAL SERVICES | 13 |
| MERRILL LYNCH CANADA | 2 |
| MESIROW FINANCIAL INC. | 6 |
| MORGAN KEEGAN & CO., INC. | 4 |
| NATIONAL BANK FINANCIAL. | 21 |
| OCTAGON CAPITAL CORPORATION | 10 |
| OPTIONSXPRESS, INC. | 81 |
| PENSON FINANCIAL SERVICES CANADA INC. | 53 |
| PERSHING LLC | 180 |
| QTRADE ADVISOR | 14 |
| RBC DAIN RAUSCHER INCORPORATED | 34 |
| RIDGE CLEARING & OUTSOURCING SOLUTIONS | 79 |
| SCOTIACAPITAL INC. | 32 |
| SOUTHWEST SECURITIES, INC. | 15 |
| STATE STREET BANK & TRUST CO | 5 |
| STIFEL NICOLAUS & CO.,INC. | 12 |
| TD AMERITRADE CLEARING, INC | 2031 |
| TERRA NOVA FINANCIAL, LLC | 7 |
| U.S. BANCORP INVESTMENTS | 5 |
| UBS SECURITIES LLC | 4 |

CONTINUED

| CLIENT | TOTAL SHAREHOLDER POSITIONS |
|---|---|
| ALPINE SECURITIES | 30 |
| BANK OF AMERICA | 2 |
| BEAR STEARNS SECURITIES CORP. | 10 |
| BMO NESBITT BURNS INC. | 22 |
| BNY MELLON | 2 |
| BROWN BROTHERS HARRIMAN & CO. | 18 |
| CHARLES SCHWAB & CO., INC. | 539 |
| CITIBANK, NA | 4 |
| CLEARVIEW CORRESPONDENT SERVICES | 2 |
| D.A. DAVIDSON & CO. | 4 |
| DAVID LERNER ASSOCIATES INC | 2 |
| DUNDEE SECURITIES CORPORATION | 2 |
| EDWARD JONES | 5 |
| FERRIS, BAKER, WATTS INC | 3 |
| FIRST CLEARING, LLC | 70 |
| FISERV ISS | 2 |
| GOLDMAN SACHS INTERNATIONAL LIMITED | 8 |
| GOLDMAN, SACHS & CO. | 2 |
| HAYWOOD SECURITIES INC. | 10 |
| HSBC SECURITIES (USA) INC. | 1 |
| J.J.B. HILLIARD, W.L. LYONS INC | 6 |
| JEFFERIES & COMPANY, INC. | 6 |
| JPMORGAN | 2 |
| LEHMAN BROTHERS INC | 3 |
| MELLON PRIVATE WEALTH | 2 |
| MERRILL LYNCH | 51 |
| MF GLOBAL INC. | 2 |
| MORGAN STANLEY | 53 |
| NATIONAL FINANCIAL SERVICES LLC | 641 |
| OPPENHEIMER & CO. INC | 12 |
| P I FINANCIAL CORP | 2 |
| PENSON FINANCIAL SERVICES | 154 |
| PRIMEVEST FINANCIAL SERVICES, INC | 6 |
| RAYMOND JAMES & ASSOCIATES, INC. | 10 |
| RBC DOMINION SECURITIES. | 90 |
| ROBERT W. BAIRD & CO. INC. | 17 |
| SCOTTRADE INC | 1663 |
| STATE STREET BANK & TRUST COMPANY | 1 |
| STERNE AGEE & LEACH INC | 23 |
| SWISS AMERICAN SECURITIES INC | 14 |
| TD WATERHOUSE | 219 |
| TRADESTATION SECURITIES | 2 |
| UBS FINANCIAL SERVICES INC. | 28 |
| UMB BANK, N.A. | 1 |

**904622 UNICO, INCORPORATED**
**JOB NUMBER Z44552 ANNUALMEETING**



| CLIENT | TOTAL SHAREHOLDER POSITIONS |
|---|---|
| UNION SECURITIES INC | 14 |
| WEDBUSH MORGAN SECURITIES INC. | 11 |
| WILSON-DAVIS & CO., INC | 8 |
| ISSUER CONFIRM. | 1 |
| USAA BROKERAGE SERVICES | 48 |
| WELLS FARGO INVESTMENTS, LLC | 37 |



INVOICE NUMBER : 352025
JOB NUMBER : Z44552
RECORD DATE : 11/21/07
MEETING DATE : 12/21/07

## S A L E S  T A X  I N F O R M A T I O N  S H E E T

| STATE | TAX | STATE | TAX |
|---|---|---|---|
| ARKANSAS | 1.22 | COLORADO | .03 |
| CONNECTICUT | .33 | DISTRICT OF COLUMBIA | .20 |
| FLORIDA | 13.28 | GEORGIA | 5.69 |
| INDIANA | 2.29 | IOWA | .98 |
| KANSAS | 1.29 | KENTUCKY | 1.24 |
| MARYLAND | .10 | MASSACHUSETTS | 4.43 |
| MICHIGAN | .61 | MINNESOTA | .34 |
| NEBRASKA | 1.96 | NEVADA | .16 |
| NEW JERSEY | 17.46 | NORTH CAROLINA | .19 |
| NORTH DAKOTA | .19 | OHIO | 10.80 |
| OKLAHOMA | 1.20 | PENNSYLVANIA | 13.96 |
| RHODE ISLAND | .13 | SOUTH DAKOTA | .14 |
| TENNESSEE | 2.34 | TEXAS | 9.57 |
| UTAH | 8.17 | VERMONT | .01 |
| WASHINGTON | 7.40 | WEST VIRGINIA | .48 |
| WISCONSIN | .12 | WYOMING | .23 |

---

**904622 UNICO, INCORPORATED**
**JOB NUMBER Z44552 ANNUALMEETING**

The following are descriptions of the charges most commonly invoiced. Written billing inquiries should be addressed to: Billing Department, Broadridge Financial Solutions, Inc., 51 Mercedes Way, Edgewood, NY 11717. You may also call the Billing Department at (631) 254-7422.

THE FOLLOWING FEES RELATE TO BENEFICIAL PROCESSING ONLY AND ARE NOT INTENDED TO DENOTE CONTRACTUAL FEES FOR REGISTERED PROCESSING

**PROCESSING FEE:** This fee, as prescribed by the New York Stock Exchange (NYSE) for its member firms and other self regulatory organizations who follow NYSE guidelines, relates to Broadridge's efforts to obtain all beneficial shareowner records, receive materials to be mailed, coordinate timing and method of mailing/delivery of such materials, mail material, tabulate votes and issue vote reports (if appropriate, as prescribed by the NYSE) for your beneficial shareowners represented by Broadridge on behalf of its clients. Communications that entail voting (e.g. Proxies, etc.) are billed as follows, for each shareowner position passed to Broadridge from our bank or broker clients, $.40 for non-contested proxy mailings, $.40 for follow-up non-contested proxy mailings, and $1.00 for contested proxy mailings. Communications that do not require voting (e.g. Quarterly Reports) are billed at $.15 for each shareowner position. Underlying WRAP accounts are not subject to any fees. The mailing to the entity receiving material and having voting authority on behalf of such underlying WRAP accounts (e.g. Financial Advisor) is subject to the above fees. There is no processing fee charged for copies of material sent to the issuer.

**NOMINEE UNIT FEE:** As prescribed by the NYSE, for proxies up to 199,999 shareowner positions processed, the fee will be $.10 per record. For shareowner positions processed of 200,000 and above, the fee will be $.05 per record.

**INTERMEDIARY NOMINEE COORDINATION FEE:** As prescribed by the NYSE, this fee relates to the coordination and consolidation of several processes on behalf of multiple nominees. This coordination results in a single search card, a single material request, a single record date confirmation, one shipment of material, greater occurrence of postage discounts including Standard postage savings (where requested), consolidated vote reporting (in time frames as prescribed by the NYSE) and issuance of one consolidated invoice. The fee charged is $20 per nominee.

**PREPAID POSTAGE:** Prepaid postage is an estimated amount, based on information known at the time. Depending on the mailing instructions from the issuer, the estimate is based on either First Class or Standard USPS rates as they relate to the weight of the material to be mailed. Prepaid postage is to be received before the mailing occurs to offset actual postage expense. Prepaid postage will be applied to the invoice when the job bills and any overpayment will be returned to the issuer in a timely manner.

**POSTAGE (OUTBOUND):** (Canada, Domestic, Foreign, Priority, etc.). These charges represent rates established by the postal service (either the U.S. Postal Service (USPS) or a foreign postal service, as appropriate) for the size and class of packages mailed. The number of pieces mailed may be less than the number of accounts passed to us from bank or broker clients; (i) if our clients ask us to suppress mailing to some investor accounts; (ii) if we do not receive sufficient material from you or your agent; (iii) if we transmit the material electronically; or (iv) if we combine material for multiple shareowners or accounts into one envelope. Broadridge will use alternatives to the postal service if such alternatives provide equal or greater assurance of timely delivery. Further, at the expense of Broadridge, presort services may be employed to minimize postal service processing and therefore achieve postal discounts, provided that such presort services do not delay delivery. Broadridge passes through to the issuer one half of the gross postal discounts realized by the use of alternative delivery or presort services, as prescribed by the NYSE.

**STANDARD POSTAGE PROCESSING:** Represents processing costs incurred by Broadridge to prepare mail for Standard postage. Standard postage is used only when expressly requested.

**STANDARD POSTAGE RATE:** This charge represents Standard postage rates published by the USPS for the size and weight of the packages mailed. At its discretion and expense, Broadridge may engage presorting services to minimize USPS processing and achieve postal discounts from the published Standard rates. Presorting services are only utilized if they will not delay delivery. Broadridge passes through to the issuer one half of the gross postal discounts realized by the use of presort services, in accordance with the rules prescribed by the NYSE. Broadridge absorbs all costs incurred in presorting.

**EXPRESS DELIVERY:** This charge represents Broadridge's charge for express delivery of packages via express delivery services (e.g. Federal Express, United Parcel Service, Airborne, etc.). Broadridge will only use and charge for this service when expressly requested. Through volume purchase arrangements, Broadridge is usually able to purchase these services at a cost that is lower than an individual issuer could purchase on its own. Broadridge passes through one half the discount (difference between published rate and Broadridge's cost) to the issuer.

**ENVELOPES AND FORMS:** This represents Broadridge's cost for the type and quantity of envelopes and forms used to process your mailing. Typically, a proxy mailing will include a voting instruction form (Broadridge's version of an issuer proxy card), an outbound envelope and a business reply envelope (for vote returns). An interim mailing will typically include a name and address form and an outbound envelope. Broadridge absorbs all costs related to warehousing, spoilage, and other costs associated with maintaining an inventory of envelopes and forms.

**VOTING FACSIMILE:** Represents a charge to provide faxing of voting reports to you or your designee.

**VOTE RETURNS:** This charge includes all votes received through the period ending two weeks after the meeting date. Votes received by mail are charged at the lowest available cost from the USPS, and Broadridge passes along any available discounts (e.g. BRMAS). Votes received via touch-tone telephone are charged at the lesser of $.18 or Broadridge's cost. All other votes received are charged at Broadridge's cost for receiving such vote.

**PAPER AND POSTAGE ELIMINATION FEE:** This amount is charged for each instance in which a mailing to a beneficial shareowner is eliminated due to the inclusion of multiple ballots and material in a single envelope, sending only one envelope of material to investors who have multiple positions, and sending ballots and distributing proxy material and other information electronically. As prescribed by the NYSE, for proxies up to 199,999 shareowner positions processed, the fee will be $.50 per elimination. For shareowner positions processed of 200,000 and above, the fee will be $.25 per elimination, and $.10 per non-proxy mailing eliminated. Broadridge does not charge for mailings eliminated through WRAP processing.

**DIRECT COMMUNICATIONS (BENEFICIAL OWNERSHIP INFORMATION) SERVICES**

**PROCESSING FEE:** As prescribed by the NYSE, this is the portion of the Direct Communication cost that is paid to banks and broker/nominees to cover their cost of transmitting non-objecting beneficial owner (NOBO) data to Broadridge.

**CONDUIT FEE:** Fee charged by Broadridge as the intermediary between the issuer and banks and broker/nominees.

| Positions | Fee |
|---|---|
| 100,001 and over | $ .04 per position |
| 10,001 - 100,00 | $ .05 per position |
| 1,000 - 10,000 | $ .10 per position |
| Under 1,001 | $100.00 minimum per job |

**DELIVERY:** Represents amounts charged by Broadridge for distributing NOBO media.

**MEDIA:** Represents amounts charged by Broadridge for providing the requested media, which contains a listing of NOBO data.

2/07