Eric J. Benink, Esq., SBN 187434
Vincent D. Slavens, Esq., SBN 217132
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, CA 92101
Tel:  (619) 232-0331
Fax:  (619) 232-4019

Attorneys for Plaintiff Legacy Trading Group, LLC and the Putative Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation,<br><br>Defendant. | Case No. 07-CV-2344-L-RBB<br><br>**DECLARATION OF MICHAEL MASELLI IN SUPPORT OF PRELIMINARY INJUNCTION**<br><br>DATE:          January 7, 2008<br>TIME:          10:30 a.m.<br>COURT ROOM:    14 |

I, Michael Maselli, declare as follows:

1.  I am the managing member of Legacy Trading Group, LLC. ("Legacy") the plaintiff in the above-entitled matter. I have personal knowledge of the facts stated below and if called upon, I could and would testify competently thereto.

2.  Legacy is a Unico, Inc. ("Unico") shareholder and since at least November 1, 2007, it has owned 5,562,269 common shares of Unico. Because Legacy is a shareholder, I sometimes review and participate in shareholder bulletin board discussions about Unico on the internet.

3.  Prior to December 21, 2007, I learned from a bulletin board discussion that Unico was planning a special shareholder meeting and had filed a Proxy Statement with the Securities and Exchange Commission on November 20, 2007.

4.  As of today's date Legacy has not received the Proxy Statement, a Proxy, or any other notification of the special shareholder meeting from Unico. During the first week of December

1

Case 3:07-cv-02344-L-RBB    Document 16-2    Filed 01/03/2008    Page 2 of 3

1  2007, I began communicating with other shareholders and learned that most of them had likewise
2  not received the Proxy Statement, a Proxy, or any other notification of the December 21, 2007
3  shareholder meeting from Unico.

4      5.    I asked shareholders with whom I have communicated to provide a declaration to
5  confirm that they received no notice of the December 21, 2007 shareholder meeting. These
6  declarations were submitted with the ex parte application for the temporary restraining order.

7      6.    In addition, I called Legacy's brokerage firm, TDAmeritrade, and asked if they had
8  received any proxy materials on Legacy's behalf. TDAmeritrade's representative informed me that
9  they were unaware of any proxy materials because proxy issues were handled by a third party.

10      7.    TDAmeritrade's representative informed me that I could vote on-line using a
11  "control" number, which TDAmeritrade's representative provided to me. I did in fact vote on-line
12  using the control number. I posted the voting on-line option on an on-line message board and I may
13  have also emailed and telephoned some shareholders directly regarding the on-line voting option.

14  I declare under penalty of perjury under the laws of California that the foregoing is true and
15  correct.

16  Executed on January 3, 2008 in Santa Rosa, CA.

Michael Maselli
Managing Member of Plaintiff Legacy Trading Group, LLC,

**PROOF OF SERVICE**

*Legacy Trading Group v. Unico, Inc., et al.*
Case No. 07-CV-2344-L-RBB

I am employed with the LAW OFFICES OF KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP, whose address is 625 Broadway, Suite 635, San Diego, California, 92101; I am not a party to this cause. I am over the age of eighteen years.

I further declare that on January 3, 2008 I served a copy of the attached document:

**DECLARATION OF MICHAEL MASELLI IN SUPPORT OF PRELIMINARY INJUNCTION**

on the interested parties listed below:

| | |
|---|---|
| Michael Werner Battin, Esq.<br>NAVIGATO & BATTIN<br>501 West Broadway, Suite 2060<br>San Diego, CA 92101<br>Telephone: (619) 233-5365<br>Facsimile: (619) 233-3268 | Attorney for Defendant<br>UNICO, INC. |

[X]   **BY ECF (ELECTRONIC CASE FILING):** I e-filed the foregoing documents utilizing the United States District Court, District of New Jersey's mandated ECF (Electronic Case Filing) service on **September 19, 2007**. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

[X]   **BY FIRST CLASS MAIL:** I placed a true and correct copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 3, 2008**

*/s/ Aimee Vignocchi*
Aimee Vignocchi