1  Daniel J. Navigato, Esq. (SBN 164233)
   Michael W. Battin, Esq. (SBN 183870)
2  NAVIGATO & BATTIN, LLP
   501 West Broadway, Suite 2060
3  San Diego, California 92101
   Tel. (619) 233-5365
4  Fax (619) 233-3268

5  Attorneys for Defendant UNICO, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation,<br><br>Defendant. | CASE NO.: 07CV2344L(RBB)<br><br>**DECLARATION OF WILLIAM GAUGER**<br><br>Hearing<br>DATE: January 7, 2008<br>TIME: 10:30 a.m.<br>CTRM: 14 |

I, William Gauger, declare:

1. I have knowledge of all the facts stated herein and if called as a witness, I could and would competently testify thereto.

2. I am employed at Broadridge Investor Communication Solutions, Inc. ("Broadridge"), a company in the business of providing securities processing solutions.

3. On November 20, 2007, I caused an electronic inquiry to be sent to all of Broadridge's bank and broker clients asking for the identity of all beneficial owners of Unico, Inc. securities as of the record date November 19, 2007.

4. Attached hereto as Exhibit "H" is a true and accurate copy of all responses received by Broadridge from the November 20, 2007 inquiry. All other bank and broker clients

1  of Broadridge responded that they were not record holders for any beneficial owners of Unico,
2  Inc. securities.
3
4      I declare under penalty of perjury under the laws of the State of New York that the
5  foregoing is true and correct. Executed this 4th day of January 2008, in Suffolk County, New
6  York.

*William Gauger*
William Gauger