MaterialRequest                                                                 EXHIBIT H        Page 1 of 3


# Broadridge

logoff    glossary    contact us

**CUSIP 904622 - UNICO, INCORPORATED**

Home | Job Information | Information | Tools | Updates & Requests | Special Services | Reports | Administration

JOB LISTING | JOB SUMMARY | VOTING | **MATERIAL ORDER QUANTITY** | SHARE RANGE ANALYSIS

| **Job Number:** | Z44552 | **Job Type:** | Special Meeting | **Record Date:** | 11/19/2007 |

The Order Quantity below represents the number of sets of material required to fully complete the distribution requested. Other information provided are the total shareholder positions received and suppressions to the mailing (consolidations are currently reported in the household number). The quantities are as of the record date noted below. Also presented are shares and positions for each broker/bank nominee respo to the record date request. Please deliver excess material to account for spoilage in the mailing process. Our spoilage recommendations are below. In addition, **please indicate the job number, that is listed to the right, in the attention line of the shipping address.** To avo confusion, material for different jobs should be packaged separately.

Last Updated on : Nov 29 2007 7:15AM

**Stock Class :** ALL

### RECORD DATE INFORMATION

| RECORD DATE | ORDER QUANTITY | RECOMMENDED ORDER QUANTITY | POTENTIAL EMAIL DELIVERIES | TOTAL POSITION PROCESSED |
|---|---|---|---|---|
| 11/19/2007 | 3,680 | 3,937 | 3,776 | 7,632 |

### RECOMMENDED ORDER QUANTITY SUMMARY

| QUANTITY NEEDED | SPOILAGE AMOUNT | QUANTITY PLUS SPOILAGE |
|---|---|---|
| 3,680 | 257 | 3,937 |

### MAIL SUPPRESSIONS BY CATEGORY

| EMAIL CONSENTS | HOUSEHOLDING | CONSOLIDATIONS |
|---|---|---|
| 3,776 | 147 | 6 |
| PROXY EDGE | SPECIAL PROCESSING | WRAP ACCOUNTS |
| 15 | 8 | 0 |

### EXCESS MATERIAL RECOMMENDATION FOR SPOILAGE

| NUMBER OF ITEMS IN MAILING | SPOILAGE RATE | NUMBER OF ITEMS IN MAILING | SPOILAGE RATE |
|---|---|---|---|
| 0 - 2,000 | 10% | 50,001 - 100,000 | 3% |
| 2,001 - 5,000 | 7% | 100,001 - 1,000,000 | 2% |
| 5,001 - 15,000 | 5% | 1,000,001 - ABOVE | 1.5% |
| 15,001 - 50,000 | 4% | | |

### NOMINEE INFORMATION UNICO, INCORPORATED

| CLIENT # | NOMINEE NAME | STOCK CLASS | NOMINEE SHARES | NOMINEE ITEMS | VIEW CONTACT IN |
|---|---|---|---|---|---|
| 20X | A.G. EDWARDS & SONS, INC. | 206 | 8,066,574 | 76 | View Contact Inf |
| 072 | ALPINE SECURITIES | 206 | 2,484,760 | 30 | View Contact Inf |
| 216 | AMERIPRISE FINANCIAL | 206 | 340,865 | 21 | View Contact Inf |
| 681 | BANK OF AMERICA | 206 | 223,000 | 2 | View Contact Inf |
| 352 | BEAR STEARNS SECURITIES CORP. | 206 | 1,287,130 | 10 | View Contact Inf |
| C13 | BLACKMONT CAPITAL INC | 206 | 402,350 | 4 | View Contact Inf |
| C12 | BMO NESBITT BURNS INC. | 206 | 22,667,282 | 22 | View Contact Inf |
| 049 | BNP PARIBAS SECURITIES CORP. | 206 | 3,756,500 | 1 | View Contact Inf |
| 954 | BNY MELLON | 206 | 2,070,000 | 2 | View Contact Inf |
| 85N | BOCI SECURITIES LIMITED | 206 | 100,000 | 2 | View Contact Inf |
| 010 | BROWN BROTHERS HARRIMAN & CO. | 206 | 46,735,190 | 18 | View Contact Inf |
| C54 | CANACCORD CAPITAL CORPORATION | 206 | 2,773,355 | 24 | View Contact Inf |
| 164 | CHARLES SCHWAB & CO., INC. | 206 | 328,422,313 | 539 | View Contact Inf |
| C32 | CIBC WORLD MARKETS | 206 | 24,632,147 | 38 | View Contact Inf |

| | | | | | |
|---|---|---|---|---|---|
| 40D | CITIBANK, NA | 06 | 17,691,000 | 4 | View Contact Inf |
| 418 | CITIGROUP GLOBAL MARKETS | 06 | 21,052,642 | 63 | View Contact Inf |
| 702 | CLEARVIEW CORRESPONDENT SERVICES | 06 | 450 | 2 | View Contact Inf |
| 574 | CROWELL WEEDON & COMPANY | 06 | 5,004,000 | 3 | View Contact Inf |
| 361 | D.A. DAVIDSON & CO. | 06 | 155,250 | 4 | View Contact Inf |
| 715 | DAVENPORT & COMPANY LLC | 06 | 21,056,700 | 7 | View Contact Inf |
| 514 | DAVID LERNER ASSOCIATES INC | 06 | 400 | 3 | View Contact Inf |
| CC9 | DESJARDINS SECURITIES INC | 06 | 5,643,970 | 19 | View Contact Inf |
| C18 | DUNDEE SECURITIES CORPORATION | 06 | 20,000 | 1 | View Contact Inf |
| 54R | E*TRADE SECURITIES LLC | 06 | 775,958,534 | 785 | View Contact Inf |
| 057 | EDWARD JONES | 06 | 32,800 | 5 | View Contact Inf |
| 371 | EMMETT A. LARKIN COMPANY INC. | 06 | 2,289,534 | 14 | View Contact Inf |
| 039 | FERRIS, BAKER, WATTS INC | 06 | 1,001,000 | 3 | View Contact Inf |
| 608 | FIMAT USA, LLC | 06 | 8,501,844 | 7 | View Contact Inf |
| 141 | FIRST CLEARING, LLC | 06 | 22,605,750 | 72 | View Contact Inf |
| 97C | FIRST TRUST COMPANY OF ONAGA | 06 | 50,000 | 2 | View Contact Inf |
| 10C | FISERV ISS | 06 | 8,000 | 2 | View Contact Inf |
| C53 | GLOBAL SECURITIES CORPORATION | 06 | 20,000 | 2 | View Contact Inf |
| 501 | GOLDMAN SACHS EXECUTION & CLEARING, | 06 | 4,035,569 | 3 | View Contact Inf |
| A20 | GOLDMAN SACHS INTERNATIONAL LIMITED | 06 | 19,605,600 | 8 | View Contact Inf |
| 005 | GOLDMAN, SACHS & CO. | 06 | 80 | 2 | View Contact Inf |
| 171 | H&R BLOCK FINANCIAL ADVISORS | 06 | 7,489,071 | 15 | View Contact Inf |
| C57 | HAYWOOD SECURITIES INC. | 06 | 13,819,601 | 10 | View Contact Inf |
| 816 | HSBC SECURITIES (USA) INC. | 06 | 10 | 1 | View Contact Inf |
| C41 | HSBC SECURITIES INC. | 06 | 7,627,000 | 8 | View Contact Inf |
| 41P | INTERACTIVE BROKERS LLC | 06 | 13,495,350 | 46 | View Contact Inf |
| 5T1 | INVESTORS BANK & TRUST COMPANY | 06 | 1,000 | 1 | View Contact Inf |
| 768 | J.J.B. HILLIARD, W.L. LYONS INC | 06 | 10,382,030 | 6 | View Contact Inf |
| 374 | JANNEY MONTGOMERY SCOTT LLC | 06 | 1,355 | 3 | View Contact Inf |
| 019 | JEFFERIES & COMPANY, INC. | 06 | 1,069,193 | 6 | View Contact Inf |
| 68K | JP MORGAN CHASE | 06 | 280,000 | 3 | View Contact Inf |
| 82D | JPMORGAN | 06 | 750,000 | 2 | View Contact Inf |
| 052 | LEGENT CLEARING, LLC | 06 | 4,041,635 | 8 | View Contact Inf |
| 074 | LEHMAN BROTHERS INC | 06 | 40,000 | 3 | View Contact Inf |
| 23N | LPL FINANCIAL SERVICES | 06 | 2,069,150 | 13 | View Contact Inf |
| 8T7 | MELLON PRIVATE WEALTH | 06 | 60 | 2 | View Contact Inf |
| 161 | MERRILL LYNCH | 06 | 52,565,436 | 51 | View Contact Inf |
| C17 | MERRILL LYNCH CANADA | 06 | 2 | 2 | View Contact Inf |
| 727 | MESIROW FINANCIAL INC. | 06 | 455,150 | 6 | View Contact Inf |
| 650 | MF GLOBAL INC. | 06 | 69,450 | 2 | View Contact Inf |
| 780 | MORGAN KEEGAN & CO., INC. | 06 | 118,420 | 4 | View Contact Inf |
| 015 | MORGAN STANLEY | 06 | 8,215,080 | 53 | View Contact Inf |
| C34 | NATIONAL BANK FINANCIAL. | 06 | 1,938,400 | 21 | View Contact Inf |
| 808 | NATIONAL FINANCIAL SERVICES LLC | 06 | 373,481,207 | 641 | View Contact Inf |
| CB3 | OCTAGON CAPITAL CORPORATION | 06 | 69,980 | 10 | View Contact Inf |
| 571 | OPPENHEIMER & CO. INC | 06 | 2,520,950 | 12 | View Contact Inf |
| 92V | OPTIONSXPRESS, INC. | 06 | 7,498,622 | 81 | View Contact Inf |
| C56 | P I FINANCIAL CORP | 06 | 5,000 | 2 | View Contact Inf |
| 234 | PENSON FINANCIAL SERVICES | 06 | 95,792,953 | 154 | View Contact Inf |
| C92 | PENSON FINANCIAL SERVICES CANADA INC | 06 | 39,798,270 | 53 | View Contact Inf |
| 443 | PERSHING LLC | 06 | 68,930,545 | 180 | View Contact Inf |
| 701 | PRIMEVEST FINANCIAL SERVICES, INC | 06 | 779,203 | 9 | View Contact Inf |
| CE5 | QTRADE ADVISOR | 06 | 3,095,260 | 14 | View Contact Inf |
| 725 | RAYMOND JAMES & ASSOCIATES, INC. | 06 | 2,160,672 | 9 | View Contact Inf |
| 235 | RBC DAIN RAUSCHER INCORPORATED | 06 | 3,756,030 | 34 | View Contact Inf |
| C11 | RBC DOMINION SECURITIES. | 06 | 101,959,562 | 90 | View Contact Inf |
| 158 | RIDGE CLEARING & OUTSOURCING SOLUTIO | 06 | 31,916,410 | 70 | View Contact Inf |
| 547 | ROBERT W. BAIRD & CO. INC. | 06 | 3,902,960 | 17 | View Contact Inf |
| C36 | SCOTIACAPITAL INC. | 06 | 37,657,930 | 32 | View Contact Inf |

MaterialRequest                                                                                              Page 3 of 3

| | | | | | |
|---|---|---|---|---|---|
| 897 | SCOTTRADE INC | 06 | 681,061,385 | 1,663 | View Contact Inf |
| 279 | SOUTHWEST SECURITIES, INC. | 06 | 4,921,818 | 15 | View Contact Inf |
| 837 | STATE STREET BANK & TRUST CO | 06 | 24,696,065 | 6 | View Contact Inf |
| 750 | STERNE AGEE & LEACH INC | 06 | 6,276,485 | 20 | View Contact Inf |
| 793 | STIFEL NICOLAUS & CO.,INC. | 06 | 425,053,105 | 12 | View Contact Inf |
| 012 | SWISS AMERICAN SECURITIES INC | 06 | 19,743,317 | 14 | View Contact Inf |
| 188 | TD AMERITRADE CLEARING, INC | 06 | 1,148,486,686 | 2,031 | View Contact Inf |
| C73 | TD WATERHOUSE | 06 | 163,925,351 | 219 | View Contact Inf |
| 423 | TERRA NOVA FINANCIAL, LLC | 06 | 635,500 | 7 | View Contact Inf |
| 931 | THE BANK OF NEW YORK | 06 | 6,038,215 | 7 | View Contact Inf |
| 804 | TRADESTATION SECURITIES | 06 | 21,000 | 2 | View Contact Inf |
| 280 | U.S. BANCORP INVESTMENTS | 06 | 113,270 | 5 | View Contact Inf |
| 221 | UBS FINANCIAL SERVICES INC. | 06 | 3,639,196 | 38 | View Contact Inf |
| 642 | UBS SECURITIES LLC | 06 | 5,399,911 | 4 | View Contact Inf |
| 19J | UMB BANK, N.A. | 06 | 50,000 | 1 | View Contact Inf |
| C59 | UNION SECURITIES INC | 06 | 1,023,310 | 14 | View Contact Inf |
| 367 | USAA BROKERAGE SERVICES | 06 | 5,214,481 | 63 | View Contact Inf |
| 103 | WEDBUSH MORGAN SECURITIES | 06 | 983,500 | 11 | View Contact Inf |
| 733 | WELLS FARGO INVESTMENTS, LL | 06 | 887,486 | 17 | View Contact Inf |
| 283 | WILSON-DAVIS & CO., INC | 06 | 83,230 | 1 | View Contact Inf |
| | | **Total** | 4,745,700,847 | | |

© 2002  2007 Broadridge Financial Solutions, Inc. All rights reserved Privacy Policy | Terms and Conditions