Daniel J. Navigato, Esq. (SBN 164233)
Michael W. Battin, Esq. (SBN 183870)
NAVIGATO & BATTIN, LLP
501 West Broadway, Suite 2060
San Diego, California 92101
Tel. (619) 233-5365
Fax (619) 233-3268

Attorneys for Defendant UNICO, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation,<br><br>Defendant. | CASE NO.: 07CV2344L(RBB)<br><br>**DECLARATION OF CHARLES W. GARSKE**<br><br>Hearing<br>DATE:   January 7, 2008<br>TIME:   10:30 a.m.<br>CTRM:   14 |

I, Charles W. Garske, declare:

1.   I have knowledge of all the facts stated herein and if called as a witness, I could and would competently testify thereto.

2.   I am a managing director at Georgeson Inc. ("Georgeson"). Georgeson was hired by Unico, Inc. ("Unico") to solicit proxies on behalf of Unico in connection with Unico's special meeting of stockholders scheduled for December 21, 2007 (the "Meeting").

3.   Georgeson along with Broadridge was responsible for providing proxy materials to beneficial owners of Unico shares. On November 16, 2007, in addition to an electronic notice sent to Broadridge, Georgeson mailed an inquiry out to all major custodian banks and brokers not represented by Broadridge. This inquiry asked each bank and broker for the amount of proxy

1  materials needed, so that these banks and brokers could then forward the proxy materials onto
2  any beneficial owner of Unico shares.
3      4.    Attached hereto as Exhibit "J" is a list of all banks and brokers to which
4  Georgeson sent the November 16, 2007 inquiry.
5      5.    Attached hereto as Exhibit "K" is a true and accurate copy of the inquiry sent out
6  by Georgeson on November 16, 2007.
7      6.    Georgeson did not receive any response from the their November 16, 2007
8  inquiry, other than from Broadridge.

   I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct. Executed this 4th day of January 2008, in New York County, New
York.

_____
Charles W. Garske