ALPINE ASSOCIATES
ATTN: MICHAEL MARTIN
100 UNION AVENUE
CRESSKILL, NJ 07626-2147

BANK OF NEW YORK/ADR DEPOSITORY
ATTN: MARIA LAMBOY
101 BARCLAY ST. #22W
NEW YORK, NY 10007-2119

BANKERS TRUST .
ATTN: GSS PROXY 2ND FLOOR
34 EXCHANGE PLACE
JERSEY CITY NJ 07302-3885

BERNARD L MADOFF INVESTMENT
SECURITIES
ATTN ENRICA PITZ
885 THIRD AVE-18TH FL
NEW YORK NY 10022

BROADRIDGE
51 MERCEDES WAY
EDGEWOOD NY 11717

CANADIAN DEPOSITORY FOR SECURITIES
ATTN: SUITE 210/SHAREHOLDER COMM.
600 BLVD DE MAISONNEUVE WEST
MONTREAL QUEBEC
CANADA H3A 3J2
CANADA H3A 3J2

CARTY & COMPANY INC
ATTN: PROXY DEPARTMENT
6263 POPLAR AVE STE 800
MEMPHIS TN 38119-4743

DEPOSITORY TRUST CO
55 WATER STREET 50TH FLOOR
NEW YORK, NY 10041-0004

DEUTSCHE BANK
ATTN: STEVE PACELLA
100 PLAZA ONE
2ND FLOOR
JERSEY CITY, NJ 07311-3988

FOLIO INVESTMENT INC.
ATT: PROXY DEPARTMENT 15TH FLOOR
8000 TOWERS CRESCENT DRIVE
VIENNA, VA 22182-6207

H M PAYSON & CO
ONE PORTLAND SQUARE
PORTLAND ME 04101-4042

H M PAYSON & CO./SAFEKEEPING
ONE PORTLAND SQUARE 5TH FL
PORTLAND ME 04101-4042

IICC/ADP
5970 CHEDWORTH WAY
MISSISSAUGA ONTARIO
CANADA L5R 4G5

IRRC
ATTN:MELINDA TURNER
1350 CONNECTICUT AVE NW
WASHINGTON DC 20036-1701

JP MORGAN CHASE -BROKER DEALER
CLEARANCE
ATTN:GEORGIA STANBACK
4 NEW YORK PLAZA 11TH FLOOR
NEW YORK N Y 10004-2413

JULIUS BAER SECURITIES INC
ATTN CARRIE REECE
330 MADISON AVE - 12TH FL
NEW YORK NY 10017-5001

KELLNER DILEO & CO
900 THIRD AVE - 10TH FL
NEW YORK NY 10022-3326

LABRANCHE CO
ATTN: CHARLES THOMAS
33 WHITEHALL STREET, 8TH FLOOR
NEW YORK NY 10004

MARCUS SCHLOSS CO INC
ATT: STU ROSENBERG
220 FIFTH AVENUE, FL 14
NEW YORK, NY 10001-7708

MEDIANT COMMUNICATIONS
ATTN: MARGARET TAYLOR
17 STATE STREET 7TH FLOOR
NEW YORK, NY 10004-1501

NASDAQ
ATT: TIM MALINOWSKI
9600 BLACKWELL ROAD
ROCKVILLE, MD 20850-3655

OPTIONS CLEARING CORP
ATTN: KEN RYPEL
1 NORTH WACKER DRIVE 4TH FLOOR
CHICAGO, IL 60606-2818

OPTIONS CLRING CORP-FUND
ATTN: ANN DESMOND
17 STATE STREET 6TH FLOOR
NEW YORK, NEW YORK 10004-1501

PROXY TRUST
ATTN:PROXY RECEIVING DEPT.
100 PATCO COURT SUITE 9
ISLANDIA, NY 11749-1522

STERLING NAT'L BANK
ATT: JOHN ROSADO
42 BROADWAY, 4TH FLOOR
NEW YORK, NY 10004

SWENEY CARTWRIGHT & CO
17 S HIGH ST STE 300
COLUMBUS, OH 43215-3413

SWINGVOTE
MEMBER SERVICES DEPT. - SUITE 2175
950 E.PACES FERRY
ATLANTA, GA 30326-1180

THE BANKERS BANK
ATTN: MANDY HALLMAN
2410 PACES FERRY ROAD
600 PACES SUMMIT
ATLANTA, GA 30339-4098

W & D SECURITIES
C/O JEFFRIES & CO
HARBORSIDE FINANCIAL CTR
705 PLAZA THREE
JERSEY CITY NJ 07303-0469

WACHTEL & CO INC
ATTN: JACQUELYN ASHE
1101 FOURTEENTH ST NW
WASHINGTON DC 20005-5680

WILMINGTON TRUST COMPANY
ATTN:REORG/PROXY - 7TH FLOOR
RODNEY SQUARE NORTH
1100 NORTH MARKET ST
WILMINGTON DELAWARE  19890-2212