

GEORGESON INC.
MARK SCHENCK
17 STATE STREET
10TH FLOOR
NEW YORK NY 10004

**CLIENT NAME:**
UNICO INCORPORATED

**TYPE OF JOB:**
SPECIAL

**WORK ORDER NUMBER:** UCO1741
**RECORD DATE:** 11/19/2007
**MAILING DATE:**
**EXPIRATION/MEETING DATE:**

Please return via fax to (212) 440-9009

| 00MAS | PLEASE INDICATE QUANTITY NEEDED FOR EACH CUSIP (IF OTHER PERSONS ARE BENEFICIAL OWNERS OF SUCH SECURITIES) | | | | |
|---|---|---|---|---|---|
| CUSIP NO. | NUMBER OF SETS | CUSIP NO. | NUMBER OF SETS | CUSIP NO. | NUMBER OF SETS |
| 904622107 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Fax back or detach and mail back.

---

**THIS IS DATED MATERIAL PLEASE RETURN PROMPTLY.**

**CLIENT NAME:** UNICO INCORPORATED
**TYPE OF JOB:** SPECIAL
**RECORD DATE:** 11/19/2007
**MAILING DATE:**
**EXPIRATION/MEETING DATE:**

**COMMENTS:** MAILING & MEETING DATES TO BE DETERMINED.

| CLASS | CUSIP NO. | CLASS | CUSIP NO. | CLASS | CUSIP NO. |
|---|---|---|---|---|---|
| COMMON | 904622107 | | | | |

**BANK/BROKER INVOICES WILL BE PAID BY:**
UNICO INCORPORATED

8880 RIO SAN DIEGO DRIVE
8TH FLOOR
SAN DIEGO CA 92108

**MAIL:** FIRST CLASS

**THE COMPANY WILL NOT MAIL ANNUAL REPORTS TO NOBO ACCOUNTS**

**FOR INQUIRIES – CALL:**
GEORGESON INC.
17 STATE STREET
NEW YORK, NY 10004
(212) 440-9800 – Phone
(212) 440-9009 - Fax

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 2544    NEW YORK NY

POSTAGE WILL BE PAID BY ADDRESSEE

**GEORGESON INC**
**WALL STREET STATION**
**PO BOX 984**
**NEW YORK NY 10269-0042**

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES



---

### SEARCH CARD - SPECIAL INSTRUCTIONS

**NOTICE TO BANKS AND NOMINEES**

PURSUANT TO SEC RULE 14b-2 BANKS AND NOMINEES HOLDING THE SECURITIES LISTED ON REVERSE SIDE MUST:

- WITHIN ONE (1) DAY OF RECEIPT FORWARD A LIST OF RESPONDENT BANKS, AND

- WITHIN FIVE (5) DAYS AFTER THE RECORD DATE FORWARD AN OMNIBUS PROXY ASSIGNING VOTING RIGHTS TO THE RESPONDENT BANKS.

BOTH THE LIST AND THE OMNIBUS PROXY SHOULD BE SENT TO:

GEORGESON INC.
ATTN: PROXY SERVICES
17 STATE STREET – 10TH Fl.
NEW YORK, NY 10004-1502

**INQUIRIES:**
BANKS      (212) 440-9800
BROKERS    (212) 440-9800
INVOICES   (212) 805-7129

**INVOICES:**
INVOICES SENT TO AN ADDRESSEE OTHER THAN AS LISTED BELOW WILL CAUSE A DELAY IN PAYMENT. INVOICES WILL BE REIMBURSED AT NYSE APPROVED RATES.

**PLEASE INDICATE THE NAME AND ADDRESS OF ANY AGENT DESIGNATED TO ACT ON YOUR BEHALF IN FULFILLING YOUR OBLIGATIONS, IF ANY, UNDER SEC RULES 14b-1(b)(3) or 14b-2(b)(4)(ii) and (iii).**

Please return via fax to (212) 440-9009