Daniel J. Navigato, Esq. (SBN 164233)
Michael W. Battin, Esq. (SBN 183870)
NAVIGATO & BATTIN, LLP
501 West Broadway, Suite 2060
San Diego, California 92101
Tel. (619) 233-5365
Fax (619) 233-3268

Attorneys for Defendant UNICO, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>UNICO, INC., an Arizona corporation,<br><br>  Defendant. | CASE NO.: 07CV2344L(RBB)<br><br>**ANSWER OF DEFENDANT UNICO, INC.; DEMAND FOR JURY TRIAL** |

In answer to the Complaint of LEGACY TRADING GROUP, LLC ("Plaintiff"), Defendant UNICO, INC. ("Defendant"), for itself only, alleges:

## I. ADMISSIONS AND DENIALS

1.  In response to Paragraph 1 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

2.  In response to Paragraph 2 of the Complaint, Defendant admits the allegations of the first sentence of said paragraph. Defendant denies the remainder of the paragraph.

/////

3. In response to Paragraph 3 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations thereof, and on that basis, denies each and every allegation contained therein.

4. In response to Paragraph 4 of the Complaint, Defendant admits the allegations therein.

5. In response to Paragraph 5 of the Complaint, Defendant admits the allegations therein.

6. In response to Paragraph 6 of the Complaint, Defendant denies each and every allegation therein.

7. In response to Paragraph 7 of the Complaint, Defendant denies Plaintiff's characterization of the proposed reverse stock split, including its effect on outstanding shares. Defendant admits the numbers listed in Paragraph 7 for the Issued and Outstanding and the Authorized but not Issued shares. Defendant denies the remainder of the paragraph.

8. In response to Paragraph 8 of the Complaint, Defendant denies Plaintiff's characterization of the proposed reverse stock split, including its effect on its directors' ownership. Defendant admits the allegations of the second and third sentences of Paragraph 8. Defendant denies the remainder of the paragraph.

9. In response to Paragraph 9 of the Complaint, Defendant denies each and every allegation therein.

10. Paragraph 10 of the Complaint does not plead facts but is a statement of the remedies sought by Plaintiff. As such, Defendant is unable to admit or deny the allegations therein.

11. In response to Paragraph 11 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph, and on that basis, denies each and every allegation contained therein.

12. In response to Paragraph 12 of the Complaint, Defendant denies each and every allegation therein.

/////

NAVIGATO & BATTIN, LLP
501 W. Broadway, Suite 2060
San Diego, CA 92101

07CV2344L(RBB)

13. In response to Paragraph 13 of the Complaint, Defendant denies each and every allegation therein.

14. In response to Paragraph 14 of the Complaint, Defendant denies each and every allegation therein.

15. In response to Paragraph 15 of the Complaint, Defendant denies each and every allegation therein.

16. In response to Paragraph 16 of the Complaint, Defendant denies each and every allegation therein.

17. Paragraph 17 of the Complaint does not plead facts, but merely recites an incorporation of prior allegations from different paragraphs. Therefore, Defendant incorporates its admissions and denials, as the case may be, to the respective paragraphs.

18. In response to Paragraph 18 of the Complaint, Defendant admits the allegations therein.

19. In response to Paragraph 19 of the Complaint, Defendant admits the allegations therein.

20. In response to Paragraph 20 of the Complaint, Defendant admits the allegations therein.

21. In response to Paragraph 21 of the Complaint, Defendant admits the allegations therein.

22. In response to Paragraph 22 of the Complaint, Defendant admits the allegations therein.

23. In response to Paragraph 23 of the Complaint, Defendant denies each and every allegation therein.

24. Paragraph 24 of the Complaint does not plead facts, but merely recites an incorporation of prior allegations from different paragraphs. Therefore, Defendant incorporates its admissions and denials, as the case may be, to the respective paragraphs.

25. In response to Paragraph 25 of the Complaint, Defendant admits the allegations therein.

NAVIGATO & BATTIN, LLP
501 W. Broadway, Suite 2060
San Diego, CA 92101

07CV2344L(RBB)

26.	In response to Paragraph 26 of the Complaint, Defendant denies each and every allegation therein.

27.	In response to Paragraph 27 of the Complaint, Defendant denies each and every allegation therein.

## II. DEFENSES

**FIRST AFFIRMATIVE DEFENSE**

28.	AS A FIRST AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that this court lacks jurisdiction over the subject matter of the present case.

**SECOND AFFIRMATIVE DEFENSE**

29.	AS A SECOND AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that this court lacks jurisdiction over the person of Defendant.

**THIRD AFFIRMATIVE DEFENSE**

30.	AS A THIRD AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that venue is improper.

**FOURTH AFFIRMATIVE DEFENSE**

31.	AS A FOURTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that service of process upon Defendant was insufficient.

**FIFTH AFFIRMATIVE DEFENSE**

32.	AS A FIFTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that the Complaint fails to state a claim upon which relief can be granted.

**SIXTH AFFIRMATIVE DEFENSE**

33.	AS A SIXTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that the claims contained in Plaintiff's Complaint are barred by the applicable statute of limitations.

**SEVENTH AFFIRMATIVE DEFENSE**

34.	AS A SEVENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff waived its rights, if any, to seek the relief requested in the Complaint.

/////

NAVIGATO & BATTIN, LLP
501 W. Broadway, Suite 2060
San Diego, CA 92101

07CV2344L(RBB)

**EIGHTH AFFIRMATIVE DEFENSE**

35.   AS AN EIGHTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that the claims contained in Plaintiff's complaint are barred by the equitable doctrine of laches.

**NINTH AFFIRMATIVE DEFENSE**

36.   AS A NINTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that the claims in the Complaint are barred by the doctrine of mootness.

**TENTH AFFIRMATIVE DEFENSE**

37.   AS A TENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that the claims in the Complaint are barred by the doctrine of ripeness.

**ELEVENTH AFFIRMATIVE DEFENSE**

38.   AS AN ELEVENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff's claim is barred by the applicable statute of frauds.

**TWELFTH AFFIRMATIVE DEFENSE**

39.   AS A TWELFTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff is estopped to seek the relief requested.

**THIRTEENTH AFFIRMATIVE DEFENSE**

40.   AS A THIRTEENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that any rights, claims or recovery sought by way of the Complaint is barred since any damages sustained by Plaintiff, if any, arose out of and are attributable to Plaintiff's own improper conduct.

**FOURTEENTH AFFIRMATIVE DEFENSE**

41.   AS A FOURTEENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff's claims are barred by the doctrines of res judicata and/or collateral estoppel.

**FIFTEENTH AFFIRMATIVE DEFENSE**

42.   AS A FIFTEENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff lacks standing.

/////

NAVIGATO & BATTIN, LLP
501 W. Broadway, Suite 2060
San Diego, CA 92101

07CV2344L(RBB)

**SIXTEENTH AFFIRMATIVE DEFENSE**

43. AS A SIXTEENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff's claims are barred by reason of illegality.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

44. AS A SEVENTEENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff's claims are the subject of an accord and satisfaction.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

45. AS A EIGHTEENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff's claims are barred by a failure of a condition precedent.

**NINETEENTH AFFIRMATIVE DEFENSE**

46. AS A NINETEENTH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff's claims are barred by the equitable doctrine of "unclean hands."

**TWENTIETH AFFIRMATIVE DEFENSE**

47. AS A TWENTIETH AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that any rights, claims or recovery sought by way of the Complaint have been released.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

48. AS A TWENTY-FIRST AND SEPARATE AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiff failed to mitigate its damages, if any.

49. Defendant has not commenced discovery as to the pertinent facts and occurrences pertaining to the Complaint. Defendant presently has insufficient knowledge and information upon which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses. Defendant reserves the right to assert additional affirmative defenses in the event discovery indicates such affirmative defenses to be available.

/////
/////
/////
/////
/////

NAVIGATO & BATTIN, LLP
501 W. Broadway, Suite 2060
San Diego, CA 92101

1   WHEREFORE, Defendant prays as follows:

2   1.  That Plaintiff take nothing by reason of its Complaint, that judgment be rendered in favor of Defendant;

3   2.  That Defendant be awarded its costs of suit incurred in defense of this action; and

4   3.  For such other relief as the Court deems proper.

DATED: January 7, 2008                    NAVIGATO & BATTIN, LLP


                                          s/**Michael W. Battin**
                                          By:     Michael W. Battin
                                          Attorneys for Defendant UNICO, INC.
                                          Email: mike@navbat.com

**DEMAND FOR JURY TRIAL**

Defendant UNICO, INC. hereby demands a trial by jury in the above captioned matter.

DATED: January 7, 2008                    NAVIGATO & BATTIN, LLP


                                          s/**Michael W. Battin**
                                          By:    Michael W. Battin
                                          Attorneys for Defendant UNICO, INC.
                                          Email: mike@navbat.com