# PROOF OF SERVICE

*Legacy Trading Group, LLC v. Unico, Inc.*
Case No. 07-cv-2344-L-RBB

I am employed in the County of San Diego, State of California. I am over the age of eighteen and not a party to the within action. My business address is **501 West Broadway, Suite 2060, San Diego, California 92101.**

On January 4, 2008, I served the document(s) described as:

**SUPPLEMENTAL DECLARATION OF MARK LOPEZ IN SUPPORT OF DEFENDANT UNICO, INC.'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION; DECLARATION OF WILLIAM GAUGER; EXHIBIT 'H'; DECLARATION OF CHARLES W. GARSKE; EXHIBIT 'J'; EXHIBIT 'K'**

on the interested party(s) as set forth below:

| | |
|---|---|
| Eric J. Benink, Esq.<br>KRAUSE KALFAYAN BENINK &<br>SLAVENS, LLP<br>625 Broadway, Suite 635<br>San Diego, CA  92101 | Attorneys for Plaintiff<br>Legacy Trading Group, LLC |

_____ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business.

_____ **(BY FACSIMILE)** I transmitted from a facsimile transmission machine whose telephone number is **(619) 233-3268**, the documents described above to the recipient's facsimile transmission machine. The above-described transmission was reported as complete, without error, by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

__X__ **(BY ELECTRONIC CASE FILING)** I e-filed the foregoing documents utilizing the United States District Court, Southern District of California's mandated ECF (Electronic Case Filing) service on January 4, 2008. Counsel of record are required by the Court to be registered e-filers, and as such, are automatically e-served with a copy of the documents upon confirmation of e-filing.

_____ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 8, 2008

s/**Daniel J. Navigato**_____
DANIEL J. NAVIGATO

07CV2344L(RBB)