Eric J. Benink, Esq., SBN 187434
Vincent D. Slavens, Esq., SBN 217132
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, CA 92101
Tel:   (619) 232-0331
Fax:   (619) 232-4019

Attorneys for Plaintiff Legacy Trading Group, LLC and the Putative Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, a California limited liability company, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNICO, INC., an Arizona corporation,<br><br>　　　　　　　　Defendant. | Case No. 07CV2344L(RBB)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br>**PURSUANT TO RULE 41 (a)(1)(i)** |

　　　Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(i), Plaintiff Legacy Trading Group, LLC hereby dismiss the above-captioned action without prejudice.

DATED: January 14, 2008

　　　　　　　　　　　　　　　　　　　　KRAUSE KALFAYAN BENINK & SLAVENS, LLP


　　　　　　　　　　　　　　　　　　　　*s/ Eric J. Benink*
　　　　　　　　　　　　　　　　　　　　Eric J. Benink, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

**PROOF OF SERVICE**

*Legacy Trading Group v. Unico, Inc., et al.*
Case No. 07-CV-2344-L-RBB

I am employed with the LAW OFFICES OF KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP, whose address is 625 Broadway, Suite 635, San Diego, California, 92101; I am not a party to this cause. I am over the age of eighteen years.

I further declare that on January 14, 2008 I served a copy of the attached document:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(i)**

on the interested parties listed below:

| | |
|---|---|
| Michael Werner Battin, Esq.<br>NAVIGATO & BATTIN<br>501 West Broadway, Suite 2060<br>San Diego, CA 92101<br>Telephone: (619) 233-5365<br>Facsimile: (619) 233-3268 | Attorney for Defendant<br>UNICO, INC. |

[X]   **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the foregoing documents utilizing the United States District Court, Southern District of California mandated ECF (Electronic Case Filing) service on **January 14, 2008**. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

[X]   **BY FIRST CLASS MAIL**: I placed a true and correct copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 14, 2008**

_____
Ashley Polyascko