UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY TRADING GROUP, LLC, | Civil No. 07cv2344-L(RBB) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE [doc. #26]** |
| v. | |
| UNICO, INC., | |
| Defendant. | |

Having received and considered plaintiff Legacy Trading Group's notice of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and good cause appearing, the above-captioned case is **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: January 14, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv2344

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28